## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAROLD STANLEY JACKSON,**<br>3220 Connecticut Ave. NW, Apt 2<br>Washington, D.C. 20008<br><br>       **Plaintiff,**<br><br>   **v.**<br><br>**STARBUCKS CORPORATION,**<br>2401 Utah Avenue South, Suite 800<br>Seattle, Washington 98134<br><br>**and**<br><br>**JOHN DOE**<br>Residence unknown,<br><br>      **Defendants.** | **Case No. 1:19-cv-01487** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Starbucks Corporation ("Starbucks"), by counsel, files this Notice of Removal to the United States District Court for the District of Columbia of Case No. 2019 CA 002617 B filed in the Superior Court of the District of Columbia (the "Action") based on the following grounds:

1.      This Court has original jurisdiction over the Action because Count IV of Plaintiff's Complaint asserts a putative claim of discrimination in violation of 42 U.S.C. § 1981. Therefore, the Complaint asserts a claim that arises under the "Constitution, laws, or treaties of the United States" as required under 28 U.S.C. § 1331. This Court also has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

2.      The Action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) because the Action was filed in the Superior Court for the District of Columbia, which is within this Court's district.

3.      On April 30, 2019, Plaintiff served Starbucks with the Summons, Complaint, and Initial Order and Addendum, which is attached to this filing.  Accordingly, Starbucks may remove the Action to this Court on or before May 30, 2019, pursuant to 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a)(1)(C).

4.      The Complaint also names "John Doe" as a Defendant.  On information and belief, Mr. Doe has not been served or identified by Plaintiff.

5.      A copy of this Notice of Removal is being filed with the Clerk of the District of Columbia Superior Court, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal is attached to this filing.

6.      A copy of the Notice to Plaintiff of Filing of Notice of Removal, which was served on Plaintiff in accordance with 28 U.S.C. § 1446(a) is attached to this filing.

7.      The required filing fee and an executed civil cover sheet accompany this Notice.

8.      Starbucks Corporation submits this Notice of Removal without waiving any of its defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

**WHEREFORE**, Defendant Starbucks Corporation respectfully requests that the Clerk note that the Action has been removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, and that all proceedings hereafter shall take place in the United States District Court for the District of Columbia.

Dated: May 21, 2019                   Respectfully submitted,

*/s/ Olaoluwaposi O. Oshinowo*
Alison N. Davis (Bar No. 429700)
Olaoluwaposi O. Oshinowo (Bar No. 1045617)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, 4th Floor
Washington, DC  20006
202.842.3400
202.842.0011 (Facsimile)
andavis@littler.com
ooshinowo@litter.com

*Counsel for Defendant Starbucks Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of May 2019, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system and that, thereafter, I caused a copy of the same to be served via U.S. Mail, postage prepaid, on:

Timothy R. Clinton
Clinton & Peed
777 6th Street NW, 11th Floor
Washington, D.C. 20001

*Counsel for Plaintiff*

I further certify that, pursuant to 28 U.S.C. § 1446(d), a copy of the foregoing Notice of Removal was served via Case FileXpress upon the following:

Clerk of the Court
Superior Court of the District of Columbia
500 Indiana Avenue, N.W.
Washington, DC  20001

*/s/ Olaoluwaposi O. Oshinowo*
Olaoluwaposi O. Oshinowo