**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HAROLD STANLEY JACKSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STARBUCKS CORPORATION,**<br>**and JOHN DOE,**<br><br>**Defendants.** | Case No. 1:19-cv-01487-RC |

## MOTION TO WITHDRAW ATTORNEY

Pursuant to Local Rule 83.6, Defendant Starbucks Corporation ("Starbucks" or "Defendant") files this motion for withdrawal of Olaoluwaposi O. Oshinowo as counsel for Defendant. Defendant continues to be represented by undersigned counsel. In consequence, Defendant respectfully moves the Court for an order withdrawing Mr. Oshinowo as counsel. A proposed order granting the relief sought in this motion is attached.

March 9, 2020

Respectfully submitted,

/s/ Alison N. Davis
Alison N. Davis (Bar No. 429700)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046
202.842.3400 Telephone
202.842.0011 Facsimile
ANDavis@littler.com

*Counsel for Defendant*

2.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, a true and correct copy of the foregoing Motion to Withdraw Attorney was filed using the court's CM/ECF system which will send notification to the following:

>Timothy R. Clinton
>Gregory M. Lipper
>CLINTON & PEED
>777 6th Street NW, 11th Floor
>Washington, DC 20001
>
>*Counsel for Plaintiff*

      */s/ Alison N. Davis*
      Alison N. Davis

2.