Message

| | |
|---|---|
| **From:** | North America Communications [NorthAmericaCommunications@starbucks.com] |
| **Sent:** | 5/3/2018 1:38:19 AM |
| **To:** | AC-CO All Job Roles - No Stores - US [4561000087@starbucks.com] |
| **Subject:** | May 2 update from Rossann |





**To:** U.S. Company-Operated Field Leaders

**Date:** May 2, 2018

**Re:** May 2 update from Rossann

Stores received the following Alert on May 2, 2018:

[May 2 update from Rossann](#)

Partners,

I have spent many hours in stores and communities listening to you, our partners, as have other Starbucks leaders. What we have heard will help design our path forward as a company, both leading up to the sessions planned for May 29, and beyond. Many have asked what exactly happened in Philadelphia on April 12, what has happened since the situation occurred, and what is next.

On April 12, a disheartening situation occurred in one of our Philadelphia stores where two customers were not treated with dignity and respect. An unfortunate decision was made to escalate a situation regarding these two customers staying in our store without making a purchase. As a result, the customers were arrested by local police officers. Also, I can confirm the store manager is no longer with the company based on a mutual decision.

Since April 12, Starbucks has taken full accountability for this experience and committed to make this right. We've met with store partners and customers as well as community members, and leaders. Today, after constructive conversations, and mediation, **Starbucks reached an agreement** with the two gentlemen who were treated unfairly in our stores, Donte Robinson and Rashon Nelson. This agreement is an important step that allows both sides to move forward.

As we prepare for the next step, the sessions in our stores on May 29, I want to address the questions I have been hearing. Many asked about "facilitating" or "teaching" these sessions, so I want to be clear that we are not planning a traditional training session. For these sessions, **no partner will be asked to lead or facilitate,** instead, all partners will be in the "learner" role. The May 29 sessions are designed for all partners to be self-guided/self-reflective, supported by various mediums like video, so that all partners can participate together. You will receive all the specific information needed for May 29 as it becomes available, since we are still working with many internal partners and external experts to design how to best use our time together.

I also heard that we can communicate better. So, starting today, I will share a daily message on the Partner Hub and **Workplace** to create a better dialogue. I invite you and your partners to join me in an ongoing, open conversation as we continue this journey together.

It is a new day at Starbucks. The reprehensible event that happened in one of our Philadelphia stores changed our company overall, has impacted many of you, and made a profound impression on me as well.

Thank you for being a partner on this journey with us, I look forward to talking with you tomorrow.

Rossann

Confidential

*All information in this document is company confidential and is for internal use only. This information cannot be forwarded or distributed outside of the company or beyond its intended scope of distribution.*
**©2018 Starbucks Corporation. All Rights Reserved.**

STARBUCKS0002954