



EXHIBIT 12

# Transcript of Ryan Hudnall

**Date:** March 31, 2021
**Case:** Jackson -v- Starbucks Corporation, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
1       A   About a year and a half later.                      09:16:05
2       Q   So in 2012?                                         09:16:08
3       A   Yes.                                                09:16:11
4       Q   How confident are you about those dates?            09:16:14
5       A   I don't know the exact dates of my                  09:16:16
6   promotion, but I'm confident in the time that I             09:16:18
7   was involved.  So I was an ASM for about a year             09:16:21
8   and a half, and I was a store manager for about             09:16:27
9   five years following that.                                  09:16:30
10      Q   Which store were you the manager of?                09:16:31
11      A   I managed multiple stores in D.C. during            09:16:34
12  my time as a store manager.                                 09:16:39
13      Q   Which stores?                                       09:16:40
14      A   Oh, gosh.  I managed -- we had a store in           09:16:41
15  Capital Gallery in downtown D.C.  I managed -- we           09:16:47
16  had a store at L'Enfant Plaza that I managed for a          09:16:52
17  period of time.  We have a store at Dupont Circle           09:16:57
18  that I managed.  We have a store at 16th and K              09:17:01
19  that I managed.  And that was the last store that           09:17:04
20  I directly managed before I was promoted following          09:17:06
21  that.                                                       09:17:10
22      Q   And what was the title you were promoted            09:17:10
```

| | | |
|---|---|---|
| 1 | to? | 09:17:12 |
| 2 |     A   Following store management I was promoted | 09:17:12 |
| 3 | to a district manager. | 09:17:14 |
| 4 |     Q   When was that? | 09:17:15 |
| 5 |     A   That was in two thousand sev- -- I don't | 09:17:16 |
| 6 | know the exact date.  I don't know the exact date | 09:17:26 |
| 7 | that I was promoted, but I believe it would have | 09:17:29 |
| 8 | been end of 2016. | 09:17:32 |
| 9 |     Q   August 2016 sound about right? | 09:17:36 |
| 10 |     A   Yeah. | 09:17:38 |
| 11 |     Q   And so then at that point you were the | 09:17:38 |
| 12 | district manager, right? | 09:17:40 |
| 13 |     A   That's correct, yes. | 09:17:42 |
| 14 |     Q   And what were the stores that were -- that | 09:17:43 |
| 15 | you supervised as a district manager, or how many | 09:17:48 |
| 16 | were there? | 09:17:50 |
| 17 |     A   It varied over the years just with | 09:17:51 |
| 18 | redistricting, but it was around ten stores in | 09:17:56 |
| 19 | total. | 09:17:59 |
| 20 |     Q   Those were all in the D.C. area? | 09:18:01 |
| 21 |     A   They were, yes. | 09:18:03 |
| 22 |     Q   And so you were the district manager at | 09:18:06 |

| | | |
|---|---|---|
| 1 | the time of the incident on April 24, 2018, right? | 09:18:07 |
| 2 | A   I was, yes. | 09:18:11 |
| 3 | Q   And the Gelman Library store was one of | 09:18:13 |
| 4 | the stores that you were in charge of? | 09:18:16 |
| 5 | A   Yes, it was. | 09:18:18 |
| 6 | Q   How many other stores were you in charge | 09:18:18 |
| 7 | of at that time in April 2018? | 09:18:20 |
| 8 | A   I believe it would have been nine | 09:18:23 |
| 9 | additional stores at that point. | 09:18:26 |
| 10 | Q   Do you remember which ones they were? | 09:18:28 |
| 11 | A   Yeah.  So I supported Gelman Library.  We | 09:18:30 |
| 12 | had a store also on campus -- or outside of campus | 09:18:36 |
| 13 | at 20th and E.  I supported -- we have a store, | 09:18:39 |
| 14 | 2001 L Street, a store at 17th and L, Farragut | 09:18:44 |
| 15 | Square, 16th and K, 22nd and K, 1730 Pennsylvania | 09:18:51 |
| 16 | Avenue.  And then at one point I supported -- I | 09:19:01 |
| 17 | also had a store -- we had a store in Georgetown, | 09:19:04 |
| 18 | so 3122 M Street, and we had a store at Washington | 09:19:07 |
| 19 | Harbour as well, also in Georgetown. | 09:19:11 |
| 20 | Q   Now, while you were a district manager, | 09:19:13 |
| 21 | did you also have another role, like a field | 09:19:15 |
| 22 | support role, at Starbucks? | 09:19:17 |

| | | |
|---|---|---|
| 1 | A   So I think what you'd be referring to -- | 09:19:19 |
| 2 | so being in D.C., we had the opportunity in the | 09:19:22 |
| 3 | field to support some of our work with our | 09:19:27 |
| 4 | government affairs in social impact team.  So as a | 09:19:30 |
| 5 | district manager -- so district manager was my job | 09:19:33 |
| 6 | title, but had the opportunity just being in D.C. | 09:19:36 |
| 7 | to support a variety of different social impact | 09:19:39 |
| 8 | and government affairs projects over my -- over | 09:19:43 |
| 9 | the years at Starbucks.  That was as a store | 09:19:47 |
| 10 | manager and as a district manager. | 09:19:51 |
| 11 | Q   And then were you promoted out of the | 09:19:53 |
| 12 | district manager role at some point? | 09:19:54 |
| 13 | A   I was. | 09:19:56 |
| 14 | Q   When was that? | 09:19:57 |
| 15 | A   That would have been in July of 2019. | 09:19:58 |
| 16 | Q   What job were you promoted to? | 09:20:02 |
| 17 | A   So the job title would have been a senior | 09:20:05 |
| 18 | partner resources associate, or an SPRA, and | 09:20:10 |
| 19 | that's supporting our HR business function. | 09:20:13 |
| 20 | Q   And which stores did you oversee in that | 09:20:17 |
| 21 | role? | 09:20:22 |
| 22 | A   So in that role I didn't support direct | 09:20:22 |

Transcript of Ryan Hudnall
Conducted on March 31, 2021                              77

| | | |
|---|---|---|
| 1 | Q Was it early afternoon or late afternoon? | 10:10:58 |
| 2 | A Again, I don't recall the specific time. | 10:11:01 |
| 3 | Q And approximately how long after the | 10:11:08 |
| 4 | incident occurred were you informed about it? | 10:11:10 |
| 5 | MS. DONKOR: Objection; calls for | 10:11:14 |
| 6 | speculation. | 10:11:15 |
| 7 | THE WITNESS: So I know -- I was at the | 10:11:15 |
| 8 | store following the incident, but at that point | 10:11:19 |
| 9 | the incident had already occurred. | 10:11:21 |
| 10 | Q And what did you observe when you first | 10:11:24 |
| 11 | arrived at the store? | 10:11:26 |
| 12 | A I mean, it was typical store operations, | 10:11:27 |
| 13 | from what I recall. | 10:11:32 |
| 14 | Q Were any officers of the GW Police | 10:11:33 |
| 15 | Department there when you arrived? | 10:11:38 |
| 16 | A Not that I recall, no. | 10:11:39 |
| 17 | Q Were EMTs still at the store when you | 10:11:41 |
| 18 | arrived? | 10:11:44 |
| 19 | A Not that I recall. | 10:11:45 |
| 20 | Q Was Mr. Jackson still at the store when | 10:11:46 |
| 21 | you arrived? | 10:11:48 |
| 22 | A No, I don't believe so. | 10:11:49 |

Transcript of Ryan Hudnall
Conducted on March 31, 2021                                   78

| | | |
|---|---|---|
| 1 | Q   When you say not that you recall, is that | 10:11:51 |
| 2 | something that you would recall? | 10:11:53 |
| 3 | A   I mean, if there was an incident that | 10:11:54 |
| 4 | occurred in the store and there was an ambulance | 10:11:57 |
| 5 | or police presence, yes.  But, again, when I had | 10:11:59 |
| 6 | arrived at the store, it was typical -- it's a | 10:12:04 |
| 7 | very busy store, so typical store operations at | 10:12:06 |
| 8 | that point.  No sign of a major incident. | 10:12:09 |
| 9 | Q   At that time in April 2018, the Gelman | 10:12:13 |
| 10 | Library store was one of the highest grossing | 10:12:15 |
| 11 | Starbucks stores in the country, right? | 10:12:18 |
| 12 | A   I don't know about in the country.  I can | 10:12:20 |
| 13 | speak to that it was one of the highest-volume | 10:12:22 |
| 14 | stores in the market, yes. | 10:12:24 |
| 15 | Q   In the D.C. region? | 10:12:26 |
| 16 | A   Correct, yes. | 10:12:28 |
| 17 | Q   Who first notified you about the incident | 10:12:35 |
| 18 | at the store? | 10:12:37 |
| 19 | A   I believe it was the store manager. | 10:12:38 |
| 20 | Q   Dan White-Hunt? | 10:12:40 |
| 21 | A   Yes. | 10:12:43 |
| 22 | Q   How did he notify you? | 10:12:43 |