EXHIBIT
**13**



Deposition of:
# Charlene Ward

*March 2, 2021*

In the Matter of:

# Jackson, Harold S. v. Starbucks Corporation et al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

1    laying on the floor.  At that time, that's when we

2    hear the lady, the lady that was in the store with

3    the guy, she turned her gaze on all of us behind the

4    counter and started cussing us out.

5         And she sounded like him just a couple

6    minutes earlier with the "Oh, I'm going to get some

7    people to fuck you up.  You laughing at my husband.

8    My husband is hurt.  This is not funny."  You know,

9    like she just went on a rampage, too.

10        Hold on.  I'm sorry.  I apologize.

11   Q    No, it's fine.

12        And so when -- when you -- how was

13   Richard's demeanor as he was guiding this --

14   ushering this man out of the store?

15   A    My interaction with Richard, Richard was

16   a gentle giant.  He was like a Teddy Bear.  He may

17   have had a strong, big boy, sport, athletic look,

18   but he was a nice, kind-hearted person.  I don't

19   know Richard to engage in violent, you know,

20   mannerisms.

21        He's never got into an altercation case

22   that I know of you know.  He may have had some

Page 35

1    disagreements with people at work, but it's -- it
2    was always calm, it was always controlled, it was
3    never, you know, big man attacking little man.  It
4    was -- it was never like that.  He was actually the
5    calmest out of all the guys working there at the
6    time.  He had the best attitude.
7         Q    Okay.  And did you -- and was that
8    consistent with how he was ushering this man out
9    of the store?  Was he calm like you normally
10   observed him to be?
11        A    I think he felt like he had no choice
12   because the guy, Mr. Jackson, was like six feet or
13   more tall.  He was slim, but he was tall.  Richard
14   was tall, too.
15             And out of the guys working that day,
16   Richard probably had the more even height to the
17   customer.  So I felt like for the situation to
18   cease, Richard may have had to step in.  He wasn't
19   told to do it, but I just felt like when you size
20   both of them up, you see that Richard could have
21   easily handled the guy because the guy was actually,
22   you know, taller than Chelsea, and he just was going

1    want to stereotype him. I just -- just giving you

2    my account of what was going on at the time that

3    it was happening.

4         Q    Did you -- did you find Richard's

5    handling of the situation different than you would

6    expect one of the partners to handle a disruptive

7    customer?

8         A    No.  I don't think nothing was wrong

9    with how Richard did it.  I have some personal

10   opinions on certain things about how the situation

11   was handled, but I don't think that he did nothing

12   wrong.  When I look back at that situation and how

13   the store was ran at the time, I do feel like we

14   had a manager that avoided confrontation.

15             Sometimes confrontations just find

16   themselves in our store, and sometimes management

17   would ignore or not handle conflict situations.  I

18   just felt like at that moment, in that time, in that

19   space, when that man was wailing on Chelsea like

20   that -- because it looked like if he had got -- kept

21   on arguing, if he kept on getting closer to Chelsea,

22   he may have hit Chelsea.  He may have -- he may have

Page 41

1     did more than what happened.

2              So I felt like it may have needed to

3     happen.  Maybe that was the best way to deescalate

4     the situation because management was not going to do

5     it.  We've been in situations where management is

6     standing to the side and don't do nothing and let

7     things just go from zero to 100.

8              So I don't know.  I just think that maybe

9     Richard probably was the best size, he was at the

10    right place, the right time, to handle the situation

11    because when it was going down, nobody was doing

12    nothing.

13         Q    Okay.  Where -- where -- and am I

14    correct that your manager -- the store manager at

15    the time was Dan White-Hunt?

16         A    Yes.

17         Q    Where was -- did you -- did you see Dan

18    White-Hunt while this was going on?

19         A    As it was going on, I believe Dan

20    White-Hunt was calling for the district manager to

21    come to our store.  I don't know where he was,

22    exact location, when Chelsea was getting cussed

Page 42

1    out, but I did notice Dan closer to the exit of

2    the store where the man fell after the man fell.

3            So he did try to assist the customer.  He

4    did try to figure out if the customer was okay,

5    because at first the customer was unresponsive, but

6    I never really seen him throughout the whole process

7    of when it was going down, no.

8        Q    Okay.  So you didn't see Dan and Richard

9    having a discussion before Richard and the --

10   Richard ushered the man of the store; is that

11   correct?

12       A    No, not at all.  No.  No.  Richard did

13   that on his own.  Richard took initiative.  I

14   don't believe that Dan told Richard to do it.  I

15   don't believe that Dan gave him instruction to do

16   it, no.

17       Q    And did you see at any point before

18   Richard went to the usher the man out of the

19   store, did you see Richard and Chelsea engaged in

20   any way?

21       A    No.  No.  If anything, he was trying to

22   save Chelsea, so the best thing was to get the man

Page 43

1    out of the store and away from Chelsea.

2         Q    And you mentioned that -- you -- you

3    made reference to other incidents that -- that in

4    retrospect, if you managed, you would have wanted

5    management to handle differently; is that correct?

6         A    Yes.

7         Q    Okay.  In this situation, was there

8    anything that you would have expected management

9    to have done it differently?

10        A    I was always told that the customer is

11   first.  At our store, management, different

12   management coming in, different management

13   leaving, the customer is first.  You don't really

14   go that far with a customer to be in a situation

15   where you're wrong.  And I felt like even after

16   everything, even after it was all said and done, I

17   felt like the handling of what happened might have

18   gave me the indication that they were trying to

19   sweep it under the rug or take care of it.

20             Now, had I got into a situation like that

21   with a customer, and it never became physical and

22   only stayed verbal, I would have gotten wrote-en up,

Page 44

1    I believe.

2            So for nothing to never happen to Richard,

3    I was thankful in a sense that nothing happened to

4    him; but we thought he was just as good as fired

5    when the incident happened.  And everybody for a

6    while blamed Chelsea because everybody knew she was

7    quote/unquote crazy or quote/unquote had a attitude

8    adjustment issue or attitude problems.

9            So to have her in the store -- and we'd

10   been complaining about her.  We'd been -- you know,

11   you've had other customers complain about her

12   demeanor, her non-pleasantries -- you kept her in

13   the store.

14           But right after this incident happened,

15   Chelsea was transferred to another store.  Certain

16   things like this, when you knew or have a indication

17   that this person may be a problem, I just felt like

18   management failed to act on it beforehand.  It took

19   a big situation or a non-important situation for

20   them to correct the issue.

21           But it could have been corrected before

22   this maybe came the time.  I think with Richard

Page 45

```
1    still keeping his job maybe in -- maybe being kept

2    kind of under the radar, I think that's how he was

3    still able to keep his job.

4           Because for a while I believe that they

5    did Richard a favor by just keeping him off the

6    schedule.  They was still talking to him, still

7    letting him know, hey, we're going to put you back

8    on the schedule, we just, you know, give us some

9    time to cool down because after that day, I knew

10   that lawyer papers were coming in from Mr. Jackson

11   in regards to that incident.

12          So I do feel like in a way management

13   tried to sweep it under the rug and save Richard.  I

14   think that they thought that his action at the time

15   was commendable.  It wasn't a bad thing.  But I just

16   felt like with all the controversy surrounding that

17   issue, that store, problem employees, I felt like

18   they tried to hide that as much as possible.

19      Q    Okay.  But Richard -- you stated Richard

20   was not a problem employee, right?

21      A    Richard may not have been a problem

22   employee when dealing with customers.  If Richard
```

Page 87

```
 1      discrimination or other forms of discrimination?
 2           A    Yes.  I believe that was what --
 3      April 29th, when they closed all the Starbucks in
 4      the United States for this bias training, yes.
 5           Q    Yeah.  So then this was the -- the
 6      training you're talking about is the one that was
 7      in response to the incident in Philadelphia?
 8           A    Yes.
 9           Q    And so I'll just -- for the record, that
10      was in May 2018 --
11           A    Okay.
12           Q    -- when that happened.
13                So before that incident, do you remember
14      there being any training at all at Starbucks about,
15      you know, race or racial discrimination?
16           A    Not really.  I mean there was more talk
17      about transgender, lesbian, LGBT, more so of that
18      than race, gender.  So I -- I think that the
19      Philadelphia thing pushed for it more.
20           Q    And --
21           A    I think it became part of our work
22      environment afterwards.
```

Page 88

1     Q    Did -- now, did you attend that May 2018

2     training?

3     A    Yes.

4     Q    And Mr. White-Hunt was there as well?

5     A    Yes.

6     Q    Who ran the training?

7     A    Mr. Dan White-Hunt.

8     Q    Okay.  And did he have any -- to your

9     knowledge -- have any training or education in

10    discrimination-related training?

11         MS. DAVIS:  Objection.  Calls for

12    speculation.

13         THE WITNESS:  To my knowledge, no, I do

14    not know if he had any prior training to it.  It

15    seemed like materials that the company sent to each

16    store -- like certain stores I -- I don't know if

17    the materials differed, but at that time, our store

18    received like four iPads.  We received booklets.  We

19    received that movie.  So it kind of like a read-by

20    guideline type of thing.  It was something that you

21    start on this day, gave you instruction on how to

22    say it or get through these parts, but it wasn't

1    something that he was trained for.  I just think it

2    was more of a step-by-step of how to get through

3    this, and he was reading off of a paper or whatever

4    instructional sheet that was sent to him with that

5    information to where he could play it or allow us to

6    see it because we sat in small groups.

7            The whole store broke up into the

8    groups, and we did our training individually.

9    Parts that were for us to be together, we did.

10   And then when it was time to do your breaking off

11   into groups, work with your team, we broke off

12   into groups to you know finish out the training.

13       Q    How long was the whole training?

14       A    I want to say two hours.  No more than

15   two hours.

16       Q    And was Mr. White-Hunt in your small

17   group when you broke up into groups?

18       A    Yes, he was.

19       Q    And what did you discuss in the small

20   groups?  Were there discussions, or were you just

21   reading the materials?

22       A    Our group was actually the biggest group

1    because -- I guess because of the people that were

2    in the group.  Some people just thought that this

3    was the more professional group.  You know, we had

4    older people in our group.  So every group might

5    have had five or six; we might have had eight or

6    nine.  And as he was going through the course

7    material, certain people had difference of

8    opinion.

9         When the movie played, a lot of people

10   felt some type of way about the video.  It had, you

11   know, stuff from the '70s, stuff from the '60s, a

12   lot of videos depicting racial injustice.  It had

13   hangings in the video.  Stuff that if you really was

14   a person of color and you experienced some type

15   inequality, the video made you feel something.  It

16   was, like they said, a conversation piece.

17        So I don't think that the video was there

18   to help anything immediately; it was just a way to

19   introduce hard conversations, race being one of

20   them, maybe gender being another, but it was their

21   way to start talking it.

22        Q    What was the general breakup of like

1   people of color versus white people among the

2   employees at that store?  Or the makeup.  I'm

3   sorry.

4       A    During Dan White's tenure, I believe out

5   of a staff of maybe 40, he might have had 10 white

6   people.

7       Q    And were those -- were those other 10

8   people in sort of various roles, kind of from top

9   to bottom, or would they tend to more like

10  supervisory or shift supervisors?

11      A    No.  There was one white lady, white

12  young women, her name was Stephanie.  She was the

13  only supervisor that was there.  The other

14  Caucasian staff members were either students at GW

15  or, you know, I don't know, passerbys, people that

16  either transferred in and was looking for a store

17  that could get them the hours that they needed,

18  but they wasn't saying.  They was just looking for

19  another store.

20          I don't -- we only had one supervisor

21  during that time with Dan White-Hunt, and as soon as

22  we lost her, Dan replaced her with another white

1     supervisor, a male.  So he kept it the same.  He

2     didn't add.  He didn't even it up.  He just tried to

3     maintain a consistency.

4          Q    Did -- how was the May 2018 training

5     received by the staff in general?

6          A    We learned some things that might have

7     opened your eyes to what wasn't readily visible.

8     Like when you see the color red, but it's in

9     green, are you going to remember that it was red

10    or are you going to remember that it's green.

11              They had certain visual aids that went

12    with the video to make you kind of realize when you

13    hear something, is it necessarily what you see, or

14    it is necessarily, you know, the same as, you how,

15    you hear if you see it.

16              So they gave little examples like that.

17    But I felt like what really angered the black

18    partners was the lynchings, people being hung,

19    burnings, KKK depictions in the movie.  We were told

20    not to discuss the video.  So this is the first time

21    ever where I've haven't been able to discuss the

22    video because certain people was mad about the

Page 93

```
 1    video.

 2              And I think because it was an in-day

 3    training type of thing, it was something that we

 4    weren't supposed to discuss.  Not to customers, not

 5    to anything.

 6              Our general answer, I think, that was

 7    given to us, was this is how we have a conversation

 8    because that was the topic at the time, trying to

 9    have a conversation about difficult topics.

10        Q    Who -- who told you not to discuss the

11    training?

12        A    Dan.  Or Starbucks.

13        Q    Well -- well, was it Dan or Starbucks?

14        A    Coming from Dan.  It had to come from

15    Dan.  I believe it could have been in the

16    informational packet for him to say this to us,

17    but it came from Dan.  No one from corporate would

18    talk to us, no.  Not directly.

19        Q    Help me understand how you can you have

20    a conversation without discussing.

21        A    We give him -- when customers ask about

22    what that training was about, why were you closed,
```

1    why -- why this, why that, we had to give a

2    general answer.  We're not supposed to go into

3    detail about what you saw in the video or talk

4    about the lynchings, and like don't -- we -- we

5    weren't supposed to point out the negatives I

6    don't think.

7              So it wasn't something that we were

8    supposed to tell people oh, we saw a video, and we

9    learned about race equality.  We wasn't supposed to

10   say that.  It was supposed to just be like, oh, we

11   did a training so that we are aware of bias in the

12   workplace, you know, a smooth-over, an answer that

13   is soothing to people to hear because at the time

14   Starbucks was being viewed negatively because of the

15   Philadelphia incident.

16             So we didn't want to spark any more anger

17   or anything.  We -- we just wasn't supposed to just

18   fully give the details of the video.

19        Q    Were you encouraged to discuss it

20   internally among the partners afterwards?

21        A    Me personally?  No.  I wasn't informed

22   to do it, nor was I going to do it because I saw

1   how the tone of the room changed when the video

2   was going on.  I thought that was for Dan to

3   manage, not for me.

4        Q   Did Dan manage it?

5        A   I don't know if anybody had a difference

6   of opinion or pulled him to the side to speak

7   about it.

8        Q   Have you ever heard the term "implicit

9   bias"?

10        A   I have, but I'm not sure or specifically

11   remember what it may be.

12           Is it your unwillingness to be biased, but

13   you don't mean to be?

14        Q   No.  And I -- I don't want to put, you

15   know, words in anybody's mouth or...

16        A   Can I -- can I look it up real quick?

17        Q   No.  You don't need to do that.  I -- I

18   will say there's -- there is a concept that

19   sometimes people have attitudes or stereotypes

20   about others that they may or may not be conscious

21   of.

22           Have you ever heard of that concept?

Page 96

1        A     Yes.

2        Q     That you might judge people without even

3     realizing you're judging them, for example?

4        A     Yes.

5        Q     And so that there may be times where

6     people are treated differently systematically

7     because of these attitudes, and it leads to

8     different treatment to people of different races

9     and different economic classes and that kind of

10    thing.

11              Is that something you're familiar with?

12       A     Yes.

13       Q     Is that concept something that was

14    discussed in the video?

15       A     Yes.

16       Q     And did you ever have any discussions

17    about that with Mr. White-Hunt?

18       A     Not specifically.  But after that

19    meeting, some people, maybe one person in

20    particular, thought that Dan had implicit bias.

21       Q     How so?

22       A     People that work, I don't think had an

1    issue with.  People that were lazy or people that

2    had bad attendance -- this is the good taste and

3    not good taste.  We would have jokes or we would

4    say things that may not have been, you know,

5    favorable to someone that fit in this category.

6    And one thing about Dan that he started with me

7    was that we had employees that didn't know how to

8    maintain professional composure.

9              People of that type of background, he

10   would nickname "Savage," meaning an uncivilized

11   person.  I had a shorter term meaning "ratch,"

12   "ratchet," not proper, maybe ghetto.

13             So sometimes he would say "ratch." I knew

14   what he meant.  Sometimes when he wanted to discuss

15   maybe an uncivilized person, he'd be like "Savage"

16   -- he would nickname the "Savage."

17             To some people it wasn't a bad thing; it

18   wasn't a good thing.  But when he said it, depending

19   on what that person was doing or what they got

20   caught in the act of doing, they would even laugh or

21   say, Whatever Dan, I ain't no savage.

22             So it was acknowledged, but I don't think

1    that -- I don't -- now that I think about it, it's a

2    form of bias.  But at that time, I didn't think it

3    was bias.  It was me being truthful about the

4    employee and what their effort or ability was.

5         Q    Well, in -- in your opinion or in the

6    conversations you had with Mr. White-Hunt, the

7    people that present as Ratchet or Savage typically

8    are people of color?

9              MS. DONKOR:  Objection.  That -- that

10   wasn't the testimony.  Calls for speculation.

11   BY MR. CLINTON:

12        Q    I'm asking a question.

13        A    I don't know if it was really a thing of

14   color.  I think it was basically more so for

15   people that couldn't leave the BS at the door when

16   you come to work; people that carried their

17   emotional baggage into work; people that might

18   have had a bad night, didn't know how to, you

19   know, get through the day; or people that may

20   have, you know, improperly said something to a

21   customer and a customer didn't sit well with it.

22              You know, just the course of a day in

1    keeping your professionalism, some people didn't

2    have it; some people did have it.  Some people went

3    the extra mile to be pleasant.  And then some

4    people -- you just wanted to hurry up and let the

5    transaction be over because they was going to mess

6    you up or mess up your day just by how they, okay,

7    hi, you know, just they weren't in business mode.

8        Q    And so did you and Mr. White-Hunt ever

9    discuss customers being ratchet?

10       A    No, never customers, only employees.

11       Q    And did you ever discuss customers being

12   ghetto?

13       A    No, not really customers; mostly

14   employees.  I loved customers at the time.  I

15   didn't have an issue with a customer.  I actually

16   loved the customers more than the staff.

17       Q    But sometimes there were customers that

18   White-Hunt would refer to as ghetto?

19            MS. DONKOR:  Objection.  Mischaracterizes

20   testimony.

21            MR. CLINTON:  She said sometimes and

22   mostly.

1          So I'm asking sometimes he would refer

2     to customers as ghetto?

3               MS. DONKOR:  Objection.  Mis --

4               THE WITNESS:  No.  I don't think

5     customers, no.  Staff maybe only -- only mostly

6     staff.  Never references to customers.  Not that I

7     recall, no.

8     BY MR. CLINTON:

9          Q    Okay.  All right.  I'm just going over

10    my notes.

11              I want to ask, because I think your

12    testimony was a little bit unclear exactly what you

13    heard Mr. Jackson saying during the incident.  So

14    I -- I just want to make sure I understand the

15    difference in what you remember him saying and then

16    when you were talking about sort of the general

17    sense of what he was saying.

18              Do you remember specifically any words

19    that you heard Jackson saying on the day of the

20    incident?

21         A    The day that he fell in the store?

22         Q    The day that he fell in the store,

1    and the walker maybe in the other hand.

2         Q    And where was his jacket?

3         A    Inside his elbow.  Like if you holding a

4    bag, it would be inside of your arm.

5         Q    Like draped over his arm?

6         A    Yeah, something like that.

7         Q    He had the bag and the windbreaker on

8    the one arm.

9         A    Uh-huh.

10        Q    And he had a cane in the other arm?

11        A    Maybe, yes.

12        Q    And was he holding anything in his hand?

13        A    No.

14        Q    And what was he wearing?

15        A    I believe he had on all black.  Like a

16   black T-shirt, long sleeve, maybe black slacks, or

17   black pants.  The pants that make the noise, like

18   a track suit or something.  I remember him just

19   having black on, simple black, nothing elaborate,

20   nothing dressy.  Kind of ashy black, more like

21   faded but black.

22        Q    Like grungy?

Page 136

1              MS. DONKOR:  Objection.  Calls for

2     speculation, and it mischaracterizes --

3              MR. CLINTON:  I'm literally --

4              MS. DONKOR:  -- her testimony.

5              MR. CLINTON:  -- asking her what she

6     observed, Ms. Donkor.  You can object to form, but

7     you've got to stop.  Come on.  I ask -- I'm asking

8     her what she observed.

9              THE WITNESS:  More so

10    washed-too-many-times black.

11    BY MR. CLINTON:

12       Q    Okay.  And the hand that he was carrying

13    the windbreaker and the bag, did he -- the arm,

14    I'm sorry -- was he holding anything in his hand?

15       A    Besides the bag and the cane and the

16    jacket, no, I don't think there was nothing else

17    in his hand.

18       Q    And so he had a black T-shirt.

19            Was there any writing on the T-shirt?

20       A    No, not that I recall, no.

21       Q    Was he wearing anything over his

22    T-shirt?

Page 175

1    Mr. Jackson was still trying to reach over, talk

2    around Mr. Washington as he was guiding him out.

3         Q    And when Mr. Washington was guiding him

4    out, was Mr. Washington touching him in any way?

5         A    Not purposefully, maybe as to guide him

6    out, and Mr. Jackson still arguing with Chelsea,

7    he might have touched Richard.

8              But it wasn't something that was like a

9    forcible act or anything.  He was just -- I'm

10   still -- I finished talking.  You're trying to move

11   me out the way, but he still kept on going with

12   Chelsea being the person he was trying to get at.

13        Q    So if I understand correctly,

14   Mr. Washington was kind of walk -- he had his arms

15   open, but he was like backing up, back --

16        A    Come on.  Come on.  Just leave.  Yeah.

17   Just come on.  Let's get out the store.  Come on.

18   Kind of like just coaxing him to leave out.

19        Q    So walk -- getting closer and closer to

20   Mr. Jackson so she had back up.

21        A    Yeah.  To -- to basically make him walk

22   out.  Kind of get him out the way.  Move him out

1     the register.  Because he's holding up the line

2     while all this is going on.

3          Q    And then --

4          A    There's a line.

5          Q    And so Mr. Jackson was like in the front

6     of the line holding up the line?

7          A    Yes.

8          Q    And then -- so at the time when

9     Mr. Jackson first gestured towards Ms. Robinson

10    and brushed Mr. Washington, how long after that

11    did Mr. Jackson fall?

12         A    Can you say that one more time because I

13    had a blank spot.

14         Q    Okay.  So I think you said that they

15    were -- they hadn't really moved from that spot

16    the first time Mr. Jackson gestured with his left

17    hand and kind of brushed Mr. Washington; did I

18    understand that correctly?

19         A    No.  As soon as Mr. Washington came from

20    around other corner, and Mr. Jackson seen that he

21    was coming around the corner, he still tried to

22    take his jabs and digs and still verbally cuss

Page 177

1    Chelsea out.

2              It wasn't until Richard came up on him

3    like, sir, come on, you need to leave the store.

4    You need to exit now.  You can't keep disrespecting

5    the staff.

6              It was now to the point where you got

7    nowhere to go but to leave.  Like Richard is in your

8    way preventing you from still cussing Chelsea out;

9    it -- it -- there's nothing else to do.  You need to

10   just leave.

11             So I guess then in the midst of him still

12   going at Chelsea, Mr. Jackson may have grazed

13   Richard or grazed his body or touched his arm to

14   make, you know, him topple or fall, because he's

15   still not paying attention as he's walking out

16   backwards.

17        Q    You said --

18        A    He trips.

19        Q    I'm sorry.  You said Mr. Jackson may

20   have grazed.

21             Did you see Mr. Jackson's hand graze

22   Mr. Washington?

1     he still wasn't finished saying what he needed to

2     say.

3              Richard had his arms like there's nowhere

4     you can go, you just need to leave the store.  And I

5     think with the man still trying to cuss Chelsea out,

6     the man may have hit Richard while his arms was out.

7              And that led for him -- it's almost like

8     a -- a basketball move.  If somebody post up on you

9     or prevent you from trying to take the ball and they

10    use they body to block you, it's like you ran into a

11    brick wall.  That man tripped running into Richard,

12    still talking bad about Chelsea.

13         Q    But Richard was walking towards him,

14    right?

15         A    Richard was walking towards him, so it

16    was like Richard was in front of him.  But this

17    man is no size for Richard.  Height-wise, they

18    compare.  But size-wise, no.

19         Q    Now, did you see Mr. Washington -- I

20    mean, I'm sorry -- Mr. Jackson fall?

21         A    As soon -- did I see --

22         Q    Mr. Jackson fall?

Page 185

1        A     Yes, I did.

2        Q     And did he -- like how did he fall?

3        A     He fell like -- he fell like as soon as

4    he -- it like he tried to run into Richard.  Like

5    he tried to run into him to still keep arguing

6    with Chelsea.

7            And as soon as he did that, I think the --

8    the impact of him trying to run into Richard or the

9    arms being out, and he ran into Richard like that,

10   it made him fall back.  When he fell back, he kind

11   of fell at an angle.

12           The display that he fell into was on

13   wheels.  It had cups, it had coffee, it has

14   merchandise on the cart.  The cart was on wheels so

15   when he fell, he knocked the whole display down.

16           Everything off that cart fell off that

17   cart.  The cart actually rolled to another location

18   of the store may -- maybe like blocking the front

19   door because the cart was by the front door.

20           When you first come in, you can pick some

21   things up if you like, or you can just keep walking

22   around the store to pick whatever items you like.

1    But there's a display by the front door letting you

2    know what the coffee of the month is, or what, you

3    know, is the flavor, whether it's medium, light, or

4    dark.  There's a display that let's you know what

5    coffee is on display.

6            He ran into that display.  And the way he

7    hit the floor, it sounded like he hit the floor hard

8    because that wasn't a fixed display.  That was a

9    display on wheels.  It was moveable.

10       Q    Now, what did Mr. Washington do after

11   Mr. Jackson fell?

12       A    I think he stood there and he tried to

13   ask the man, Is you all right?  Are you okay?

14   Like can you get up?  But the man wasn't

15   responding.  The man was laid flat on the floor.

16           I think his -- he was stomach down on the

17   floor.  The man may have rolled over a little bit

18   when the paramedics got there, so they could talk to

19   him, and -- and see what was going on, but the man

20   didn't move.

21           He laid on the floor kind of still for a

22   little while.  We didn't know if he passed out.  We

1    didn't know what happened.  He just wasn't moving.

2         Q    So is it true that Richard held

3    Mr. Jackson back until the campus police arrived

4    and took him off the premises?

5         A    No.  I don't think that he held him

6    back.  I think the way Mr. Jackson was with him

7    already laying there, instead of calling the

8    police now, it was let's call the paramedics.

9    Let's call an ambulance, because he calmed down

10   after he fell.  We thought he passed out or he

11   might have hit his head.  We didn't know what he

12   hit.  He just fell into the display and then hit

13   the floor.

14        Q    Do you know who called the paramedics?

15        A    I don't know.  I may have did it.  I

16   don't know.  We have a emergency number in the

17   office.  I may have called the GW police, or they

18   may have responded because their department is

19   right across the street from the Starbucks.

20        Q    But you were concerned about

21   Mr. Jackson's health at that point, right?

22        A    Kinda sorta, because now it's a

1    disruption.  Now you got a customer laid out.  Now

2    you really got a line at the door.  It's like

3    people still trying to come in.  All of this is

4    going on.

5              I was trying to get back to reset mode.

6    Like this can't -- this is -- this is an

7    interruption.  We can't make no money when a

8    customer is laying on the floor.  So...

9         Q    Yeah.  And that was the main concern?

10             MS. DONKOR:  Objection.  Mischaracterizes

11   her testimony.

12             MR. CLINTON:  I'm asking a question.

13   BY MR. CLINTON:

14        Q    Was that the main concern?

15        A    Initially, it was getting the customer

16   out of the store so we could continue with the

17   transactions.  But after he was hurt, it was now

18   let's hurry up, get him some medical attention,

19   see what's wrong and get him out.

20        Q    Because it was peak time, right?

21        A    It's peak time.  And now his spouse is

22   cussing us out, yelling at us.  She's frantic.

1    She don't know if he's hurt, passed out.  We -- we

2    don't know.  She cussing us out left and right.

3    After him, then her.  It was like a back-to-back

4    verbal abuse.  I don't know.

5         Q    Right.

6         A    It was unexpected.

7         Q    But what you observed is that

8    Mr. Jackson fell and was motionless for a while,

9    and then the EMTs arrived and took him off the

10   premises?

11        A    Yes.

12             MS. DONKOR:  Objection.  Mischaracterizes

13   testimony.

14   BY MR. CLINTON:

15        Q    And took him off on a stretcher, right?

16        A    I believe so, yes.

17        Q    So it's not true that Richard held

18   Mr. Jackson back until the campus police arrived

19   and took him off the premises?

20        A    No.  No, not at all.  He was --

21   Mr. Jackson was on the floor.  It was no reason

22   for Richard to hold him at all other than to guide

1    him out the store.  But it wasn't a hold, it was a

2    more so, sir, you're going this way.  You're going

3    out, and this is the way you need to be walking.

4    It was more so you can't pass me, you can't get

5    around me, please leave the store.

6         Q    Okay.  I think you said making a false

7    statement in a Starbucks incident report is a

8    fireable offense, right?

9         A    Yes.

10        Q    So if Dan White-Hunt made a false

11   statement in his incident report that should be a

12   fireable offense?

13        A    I agree since it's listed in the

14   handbook.

15        Q    Well, what if the false statement was to

16   designed to protect Starbucks from liability?

17             MS. DONKOR:  I'm going to object to this

18   whole entire line.  It calls for speculation.

19             MR. CLINTON:  Thank you.

20             THE WITNESS:  I believe that they use and

21   tweak their handbook to fit what they want it to

22   fit.  And if it's in the best interest of Starbucks

Page 194

1          A     No, not that I know of.  I don't think

2     that he had -- Richard had a relationship or

3     personal interest with GW, so no.  I don't see a

4     conflict of interest there.

5          Q     Are you aware or do you know if

6     Mr. White-Hunt or anyone else asked any Starbucks

7     employees to make statements about what happened

8     that day?

9          A     I do not know.  I don't think so.  No

10    one told me so I'm not fully aware, no.

11         Q     And approximately how many other

12    customers were in the store when Mr. Jackson fell?

13         A     Maybe about 50, 40 included seated and

14    standing customers.

15         Q     And did you see Mr. White-Hunt or anyone

16    else ask any customers to make statements about

17    what they observed?

18         A     No, not at all.

19         Q     Isn't it in the handbook that you're

20    supposed to take statements from all the witnesses

21    when an incident like that happens?

22         A     I don't think it's in the handbook, no.

1    I think when a situation occurs in the store, and

2    it's been witnessed, and it may create either a

3    fireable offense or maybe a writable reprimand, I

4    think statements are supposed to be taken.  I -- I

5    did a -- knowledge that Starbucks will usually

6    take statement if there's room for a different

7    story other than the truth to come out.

8         Q    If -- so if someone goes to the hospital

9    on a stretcher, is that a situation where your

10   understanding is the handbook would require --

11        A    A statement?

12        Q    -- management to get statements?

13        A    Yes, I do.

14        Q    I -- I don't have any other questions

15   for you, Ms. Ward.  Thank you so much.  I know I

16   went a lot longer than Starbucks' counsel.  I

17   really appreciate your patience.

18             I don't know if Ms. Donkor has any other

19   questions.

20             MS. DONKOR:  I do.

21             FURTHER EXAMINATION BY COUNSEL FOR

22             DEFENDANTS

1    occurred, you were having to estimate, right?

2        A    Yes.

3        Q    And it's possible that your estimate may

4    not be absolutely correct because it was an

5    estimate; is that right?

6        A    Yes.

7        Q    Now, when -- when you were -- I think

8    you mentioned that the staff were -- they were

9    laughing when Mr. -- there was some laughing at

10   some point?

11       A    There was some laughing after that lady

12   cussed us out because we did not expect that type

13   of behavior or that type of language or that type

14   of vulgarity to follow up after Mr. Jackson then

15   showed himself.

16       Q    Okay.

17       A    And -- we were surprised that she was

18   with him, too, because, like I said, I didn't want

19   to stereotype or show any type of judgment, but

20   she was a white lady.  She's -- she looked all

21   right, and he was a black man, and he looked a

22   little beat up or grungy, and they were together.

1              And she claimed him as her husband, and

2       she cussed us out like, you know, she was hurt --

3       that what happened to him hurt her.  So I don't

4       really know.  It was just a lot going on that day.

5              Q    Okay.  But my question is, what were you

6       all laughing at?  Were you laughing at the fact

7       that Mr. Jackson had -- had fallen or were you

8       laughing at something else?

9              A    We were laughing at her because she came

10      up in the store cussing us out, telling us she was

11      going to go to her neighborhood and get people to

12      come fuck us up, too.  That's what we was laughing

13      at.  That she came -- just the -- the threat of

14      her threatening us, that was a joke because we

15      didn't expect there to come -- we didn't expect

16      that to come out her mouth.

17              Instead of cussing her out, which had

18      already happened with Chelsea cussing her husband

19      out, I think the best thing to do at that point was

20      to laugh because to some people, the situation was,

21      like, too much.  This is too much action going on in

22      this store.  So the only thing we could do instead

Page 223

1    of like add in to the argument was maybe to laugh or

2    to laugh it off or to joke about it because we did

3    not believe that the man fell like that and then

4    didn't -- went unresponsive.

5           Like in -- a point of that right there,

6    when you opportunist, a part of that made me look at

7    that situation like this man is trying to get a

8    lawsuit.

9       Q    What made you think that?

10      A    Because I seen them arguing already

11   outside.  Maybe that was his mood swing for the

12   day.  And I felt like if he was asked to leave and

13   you could have voluntarily walked out, why be

14   ushered out to where you could hurt yourself.

15          It could have been a more dramatic way for

16   him to make this now a Starbucks versus Stanley

17   Jackson issue.

18      Q    Were you surprised --

19      A    I mean Harold Jackson issue.

20      Q    Were you surprised that you -- when you

21   learned that Mr. Jackson was -- was claiming that

22   Mr. Washington had assaulted him?

1      A    Yes, I was.

2      Q    Why?

3      A    I kind of knew it was coming because of

4   how the man fell.  He didn't -- I didn't think he

5   broke anything, but I think because it was such a

6   big spectacle, because it was so dramatic, and it

7   had all of that cussing and violence and vulgarity

8   and physical motioning and everything involved

9   with it, I just felt like because that man got

10  hurt, because that lady cussed us out, oh, it's

11  going to be something after this.  I didn't think

12  he was going to go away like that.

13          And when I was informed through Dan that

14  there was a lawsuit, I knew it.  I knew it.  I just

15  felt like, oh, well, I knew this was coming.

16     Q    Okay.  But let me ask -- so let me make

17  sure that you -- that I'm understanding your

18  answer and you're understanding my question.

19          Were you surprised that there was a

20  lawsuit in which Mr. Jackson was accusing

21  Mr. Washington of assaulting him?

22     A    That's the part that I find

1    opportunistic about it.  Mr. Jackson has a look,

2    like he's a drug user or that he abuses drugs.  He

3    has that look.  I don't think he had any teeth in

4    his mouth, and if he did, he didn't have the top

5    ones.

6            I'm just saying he -- he was very

7    aggressive, and I wasn't surprised because instead

8    of leaving the store when things were calm,

9    Mr. Jackson took it to the next level.  He took it

10   so high to a level now you're hurt.  So of course

11   instead of licking your bruises or your wounds, you

12   want to make something out of it.

13           That's the part that I find not surprising

14   because I just looked at it as, you know, with --

15   with his lady cussing us out in the background, she

16   may have said something like you going to hear from

17   our lawyer or -- I don't know.  She might have said

18   something like that because she was already

19   threatening us with people from her neighborhood.

20   Or, you know, telling us she was going to get us

21   fucked up and -- you know, because we are working

22   for Starbucks.  And at that time, she was not happy

1   that one of our staff members may have hurt her

2   husband.

3           That's what I -- I was thinking at that

4   time.  She was mad, he was mad, and then all of a

5   sudden, we don't hear nothing from him.  He's not

6   responsive.  So I didn't think it was going to that

7   lightly.

8       Q   Okay.  And are you aware that

9   Mr. Jackson is claiming that he was discriminated

10  against because he's a black man?

11      A   The register person, Chelsea, was black.

12  I don't know how he felt he was discriminated

13  against.

14      Q   So you don't find any validity to that;

15  is that -- is that -- is that accurate?

16      A   No.  Not at all because our store at

17  that time was primarily black.  The only person

18  that really was working at the time that was

19  Caucasian was Dan.

20      Q   Right.

21      A   We might have had one other employee

22  that might have been white, but I don't know who

Page 227

1   was staffed that day other than the main people

2   that work with me in the morning.

3        Q    Okay.  And if I understand you

4   correctly, you never saw Dan interact with

5   Mr. Jackson before he fell; is that right?

6        A    Never, no.  He wouldn't even approach

7   someone like a Mr. Jackson, no.

8        Q    Okay.  Now, I -- I think that's all I --

9   I have.

10        Is there anything about the incident that

11   you recall that you haven't -- the incident between

12   Mr. Jackson and -- and either Chelsea or

13   Mr. Washington that you haven't already said?

14        A    No, not at all.  I don't think Chelsea

15   was reprimanded for that either, but that's the

16   only thing I think I could add at this time that

17   relates to this situation as a whole.

18        Q    Okay.  And did you testify truthfully

19   today?

20        A    Yes, to the best of my knowledge.

21        Q    Okay.  And did you tell us everything

22   you remember from that day?