



# Transcript of Daniel White-Hunt

**Date:** February 10, 2021
**Case:** Jackson -v- Starbucks Corporation, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                    30

1    to pull them up to find who I'm looking for and

2    locate that department.

3        Q   You know, to the best of your knowledge

4    right now, can you think of any other departments

5    other than help desk, payroll, OP services, and

6    HR, at corporate?

7        A   Yeah, there would be accounting, there

8    would be law, there would be legal.

9        Q   Anything else?

10       A   Not off the top of my head.

11       Q   Okay.  So let's talk about your job as a

12   store manager.  What are your job responsibilities

13   as a store manager?

14       A   To oversee the day-to-day runnings of the

15   business.

16       Q   What role do you play in training the

17   partners?

18       A   I hire, oversee, support and execution of

19   training.

20       Q   What do you mean support and execution of

21   training?

22       A   I support that the training is being

1    implemented in the correct way, create the

2    training plan, and follow up to ensure it's being

3    executed.

4        Q   And what would a training plan include?

5        A   It would be a hybrid of online modules and

6    hands-on activities.

7        Q   What do you mean by hands-on activities?

8        A   So for example, I would teach you how to

9    work an oven, how to use an espresso bar.

10       Q   So if there was a training module, like an

11   online module, that showed somebody how to work an

12   oven or to run and espresso bar, you would then

13   follow up with some hands-on support to make sure

14   that they understood everything; right?

15       MS. DAVIS:  Objection as to form.  But you

16   can respond to the question.

17       A   Can you repeat again, please?

18       Q   You have training modules that teach

19   partners how to use an oven?

20       A   Correct.

21       Q   And then you would follow up with hands-on

22   training to make sure that they understood the

1    training; right?

2        A   Yes.

3        Q   Is that sort of generally the practice,

4    that there's an online module but your job is to

5    make sure that people understood and implement the

6    training that's in the module?

7        A   Yes.

8        Q   So it's important for you to be familiar

9    with what's in the training modules; right?

10        A   Correct.

11        MS. DAVIS:   Objection as to form.   But you

12   already responded.

13        Q   Because part of your job is to make sure

14   that -- you can't teach something that you don't

15   know; right?

16        A   Yes.

17        Q   Now, typically how many hours would you

18   work as a store manager in a given week?

19        A   On average, 50.

20        Q   And how many days per week would you

21   typically work?

22        A   Five.

1      A   No, my prior answer was I cannot recall.

2      Q   So you don't recall any other incident of

3   a partner reporting to you that they had observed

4   shoplifting in the Gelman Library store?

5      A   No.

6      Q   Okay.  As store manager of the Gelman

7   Library store, what is your role in setting the

8   culture of the store?

9          MS. DAVIS:  Objection.

10         But you can respond.

11     A   Setting the culture?

12     Q   Yes.

13     A   Ensuring that everybody feels welcome,

14   seen, and heard.

15     Q   And how do you ensure that?

16     A   By connecting with my partners and

17   customers.

18     Q   How do you connect with your partners?

19     A   To have meaningful conversations.

20     Q   How often do you have meaningful

21   conversations with your partners?

22     A   As often as I can.

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                     151

1   store?

2        A   Again, use the ACT decision model.

3        Q   What's the act decision model?

4        A   Assess, consider, and take action.

5        Q   Okay.  So what action would you take if

6   someone was observed using drugs in the store?

7             MS. DAVIS:  Objection.

8             But you can answer.

9        Q   According to the training?

10       A   I would contact an authority.

11       Q   GWPD?

12       A   Yeah, do an incident report form.

13       Q   And what is the next higher level of

14   severity for a disruptive customer according to

15   the training?

16       A   Robbery.

17       Q   And what does the training say you should

18   do in the examples of robbery?

19       A   Don't argue with a robber, just give them

20   everything -- whatever they're asking for.

21       Q   And the training says if something seems

22   suspicious, to trust your instincts; right?

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                                    152

1      A   I believe so.

2      Q   And so, other than robber, what happens if

3    a customer is just yelling or cursing in the

4    store, what does the training say you should do in

5    those circumstances?

6      A   Run through the act decision model.

7      Q   And what kinds of action would you take

8    and what would the criteria be for that action?

9          MS. DAVIS:  Objection.

10         But you can answer.

11     A   I would ask the customer to keep down the

12   noise level or stop with the profanity, invite

13   them to continue to use the space as intended.

14     Q   Now, does the training say that's

15   something that you should do or you should ask a

16   barista to do?

17         MS. DAVIS:  Objection as to form.

18         But you can answer.

19     A   The partner in charge.

20     Q   So if a customer is yelling profanities,

21   the manager is the one that should be going to

22   speak to that person; right?

1      A   No, we're all one team.

2      Q   So why would you say the partner in

3  charge?

4      A   Sorry?

5      Q   Your previous answer you said the partner

6  in charge; what did you mean by that?

7      A   The partner in charge at the time in the

8  store would ideally be the best person to do so.

9  But if it's a situation where they feel

10  uncomfortable, maybe they need support or maybe

11  ask somebody to come over as a witness.

12      Q   And so does the training say that if

13  someone is being verbally disruptive that a

14  Starbucks partner should physically confront that

15  person?

16      A   If they feel comfortable.

17      Q   If they feel comfortable doing so they

18  should physically confront the person?

19      A   Yes.

20      Q   And what does the training say about

21  pushing customers?

22      A   What's that?

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                    154

1     Q   What does the training say about pushing

2   customers?

3     A   There is no training of pushing customers.

4     Q   So if a Starbucks barista would push a

5   customer, that would violate the policies and

6   procedures; right?

7     A   It depends on what happened, what the

8   situation was.

9     Q   So what's the circumstance where pushing a

10  customer would be okay?

11        MS. DAVIS:  Objection.

12        But you can answer.

13    A   I mean, it's not okay, but if -- you know,

14  if it's self-defense.

15    Q   So you understand that pushing someone is

16  an assault; right?

17    A   Right.

18    Q   And what is self-defense?

19    A   If you're being threatened, then you can

20  defend yourself.

21    Q   And what's the level of force that one can

22  use to defend oneself?

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                              158

1        A   No.

2        Q   So you were never trained one way or

3    another on whether it's appropriate to physically

4    restrain a customer?

5        A   No.

6        Q   And you never provided any training to

7    your partners about whether it's appropriate to

8    physically restrain a customer?

9        A   No.  I mean, we're serving coffee here.

10       Q   So prior to a year ago, what was your

11   understanding of the circumstances when it would

12   be appropriate to physically restrain a customer?

13       A   None.

14       Q   So there were no circumstances when it

15   would be appropriate to physically restrain a

16   customer?

17       A   No.

18       Q   Prior to May 2018, did you receive any

19   specific training from Starbucks relating to

20   discrimination or bias?

21       A   Prior to when?

22       Q   Prior to May of 2018?

1      A   No.

2      Q   Prior to May 2018, what was your

3   understanding of Starbucks policy with regards to

4   discrimination or bias?

5      A   I don't recall.

6      Q   Do you recall hearing about an incident

7   that happened in a Philadelphia Starbucks around

8   April 2018 that made the national news?

9      A   I do.

10     Q   What do you remember about that incident?

11     A   The two customers were asked to leave and

12   police were called.

13     Q   Do you recall the race of the two

14   customers?

15     A   I do.

16     Q   And what was their race?

17     A   They were black.

18     Q   And what were you told or what did you

19   learn about the reason that those customers were

20   asked to leave?

21     A   I saw it on the news.

22     Q   And what did you hear from the news about

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                    165

```
 1        A   In person?

 2        Q   At all?

 3        A   Yes.

 4        Q   And did you have discussions with your

 5   lawyers during the lunch break?

 6        A   No.

 7        Q   Before we broke, you were talking about --

 8   we were talking about your discrimination bias

 9   training and we were getting to the May 2018 bias

10   training, do you remember that?  Do you remember

11   the May 2018 training?

12        A   Yes.

13        Q   How did you hear about training?

14        A   It was communicated downwards in regards

15   to when it will happen, how it will happen, what

16   the content was.

17        Q   Was that in writing?

18        A   Yes.

19        Q   And was it communicated also why it was

20   happening?

21        A   Yes.

22        Q   And why was it happening?
```

1      A   It was happening to bring -- bring us up

2   to speed in regards to racial bias and

3   discrimination training.

4      Q   Did the Gelman Library store close for

5   that training?

6      A   Yes.

7      Q   And did you personally attend the

8   training?

9      A   I did.

10      Q   Did all of the partners in the store

11   attend that training?

12      A   Yes.

13      Q   Were there any documents provided in

14   connection with that training?

15      A   Yes.

16      Q   And did you take any notes during the

17   training?

18      A   I may have jotted down a few.

19      Q   Like handwritten notes?

20      A   Yes.

21      Q   Did you observe anyone else taking down

22   handwritten notes during the training?

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                    169

1      A   Yes.

2      Q   What kinds of things do you remember

3   learning in that training?

4      A   Things about discrimination, racial bias,

5   assuming positive intent in others.

6      Q   Those are the topics, but what are some

7   specific things that you learned in the training

8   that you didn't know before?

9      A   Probably how to approach certain

10  situations, ensuring that you're doing it in the

11  right way in the right time in the right space.

12     Q   What kind of situations?

13     A   Updates to our third-place policy.

14     Q   What's the third-place policy?

15     A   What's that?

16     Q   You said updates to the third-place

17  policy?

18     A   Yeah.

19     Q   What is that?

20     A   So it's basically around creating a safe

21  and welcoming environment for our store and our

22  community and doing it in a responsible way and

1   making sure everybody's using the space as

2   intended.

3       Q   And how did the May 2018 training change

4   that?

5       A   The documents were changed.

6       Q   Besides the documents change, did any

7   actual policies change?

8       A   The third-place policy was updated, yes.

9       Q   How was it updated?

10      A   It was more specific around how spaces are

11  supposed to be used.

12      Q   What do you mean by that?

13      A   So it was more in detail.  It actually

14  stated you can't smoke inside the location, you

15  can't fall asleep.

16      Q   So prior to May 2018, you thought

17  customers could smoke and sleep in Starbucks

18  stores?

19      A   Did I think that?

20      Q   Right.

21      A   No.

22      Q   So how did that policy change in May 2018?

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                    171

1        A   It was more visual for customers.

2        Q   So it made the customers feel like the

3    policies had changed?

4        A   Yes.

5        Q   But the policies hadn't actually changed?

6        A   It was posted in the store so customers

7    could actually see it.

8        Q   And other than that you can't think of any

9    other way that the policy changed in May 2018?

10       A   No.

11       Q   In its answer Starbucks denied that as a

12   microcosm of society Starbucks is not immune from

13   racist behavior towards its customers.  Do you

14   agree that Starbucks is immune from racist

15   behavior towards its customers?

16       A   Yes.

17           MS. DAVIS:  Objection.

18       Q   In its answer, Starbucks denied that

19   prejudice and accommodations -- prejudice and

20   public accommodations is deeply rooted in America.

21   Do you agree with Starbucks?

22       A   I'm not sure.

```
1        Q   What is it that you're unsure about?

2        A   Can you repeat the question?

3        Q   So in its answer, Starbucks denied that

4    prejudice and public accommodations is deeply

5    rooted in America.  Do you agree with Starbucks?

6        A   I do.

7        Q   Do you know what implicit bias is?

8        A   Do I know what?

9        Q   Implicit bias?

10       A   It's around direct bias.

11       Q   I'm sorry, what?

12       A   Isn't it around direct bias?

13       Q   Implicit is around direct bias?

14       A   Indirect bias.

15       Q   Indirect bias?  What do you mean by that?

16       A   I'm just trying to understand your

17   question.

18       Q   I'm asking what you understand.  So if you

19   don't understand it, that's okay.

20       A   Implicit bias?  I haven't heard that

21   before.

22       Q   Okay.  You said indirect bias before.
```

1    What did you mean by that?

2        A   I didn't mean anything by it, I was trying

3    to understand your question.

4        Q   So you wouldn't -- if I said indirect

5    bias, you wouldn't know what I was referring to

6    either; right?

7        A   It depends how you word it.

8        Q   Well, your wording was indirect bias, so

9    I'm asking you what that means to you?

10       A   Yeah, I don't know.  I was just trying to

11   understand your question.  I got a little confused

12   there.

13       Q   Is it your understanding that sometimes

14   people act in discriminatory ways and they may not

15   be aware that they're discriminating?

16       A   Yes.

17       Q   What would you call that?

18       A   Basically putting assumptions on people.

19       Q   And how do you prevent that?

20       A   You assume positive intent.

21       Q   Have you ever had any training on how to

22   prevent that type of thing from occurring?

Transcript of Daniel White-Hunt
Conducted on February 10, 2021                    216

```
 1      Q  But too long ago for you to remember?

 2      A  Yes.

 3      Q  Can you describe Mr. Washington physically

 4  for me?

 5      A  Physically?

 6      Q  Yes.

 7      A  Like, what he looked like?

 8      Q  Correct.

 9      A  Black, probably about 6'6", heavyset.

10      Q  Like 300 pounds or so?

11      A  Yeah, possibly.

12      Q  Strong?

13      A  I don't know if he was strong.

14      Q  Did he appear strong?

15      A  No.

16      Q  He was 6'6", 300 pounds and he didn't like

17  appear strong?

18      A  I mean, he was large.  I don't know if he

19  was strong or not.

20      Q  Do all of the partners at the GW store get

21  GW University credentials?

22      A  No.
```

1    verbal warnings?

2         A   No.

3         Q   So this came completely out of the blue?

4         A   Yes.

5         Q   Was anybody hurt in that incident?

6         A   Hurt as in needing attention?

7         Q   Yes.

8         A   No.

9         Q   What's the other sense that they were

10   hurt?

11        A   If they needed medical assistance.

12        Q   Were either of the partners involved in

13   that altercation hurt in any other way?

14        A   No.

15        Q   So nobody was hurt?

16        A   No.

17        Q   Nobody went to the hospital?

18        A   No.

19        Q   Was GWPD called?

20        A   No.

21        Q   But they were both fired; right?

22        A   Correct.

Transcript of Daniel White-Hunt
Conducted on February 10, 2021

106:15, 163:8,
163:12, 166:4,
196:2, 197:10,
254:15, 256:1
**closed**
9:1, 147:14
**closer**
194:7, 196:12,
196:14, 196:15,
196:17, 197:2
**closes**
9:6
**coach**
53:10
**coaches**
217:15, 218:15
**coaching**
34:10, 53:5,
53:12, 53:15,
84:3
**coffee**
17:16, 20:5,
35:6, 46:7,
78:14, 135:18,
158:9, 201:14,
202:6
**cold**
206:17, 207:3
**college**
16:3, 16:4,
16:5, 16:17,
16:22, 73:1,
73:2
**color**
174:19, 174:20
**columbia**
1:2
**com**
5:21, 6:9
**come**
9:7, 9:10,
73:7, 76:7,
123:19, 124:6,
153:11, 195:11,
195:14, 195:17,
199:10, 202:5,
241:2
**comes**
195:10

**comfortable**
153:16, 153:17
**coming**
125:14, 136:1,
136:5, 163:7,
220:22, 234:11
**comments**
60:22
**commission**
259:18
**commit**
157:11
**communicate**
10:1, 27:22,
28:18, 67:4,
67:14, 67:15,
91:12, 97:22,
98:2, 98:16,
100:19, 103:8,
105:9, 105:14,
108:11, 108:20,
109:7, 109:12,
110:8, 110:11,
110:17, 111:17,
112:9, 112:17,
113:19, 123:16,
128:15, 129:5
**communicated**
165:14, 165:19,
215:18
**communicates**
126:9
**communicating**
112:6, 113:7,
215:14
**communication**
67:2, 139:20
**communications**
9:13, 67:17,
111:14, 124:4,
125:13, 140:5,
160:15, 160:19,
160:20, 162:7,
162:9, 162:16,
162:20, 163:3,
163:11, 241:5
**community**
27:22, 131:9,

134:17, 135:12,
135:14, 135:17,
136:9, 136:20,
169:22, 201:4
**comp**
23:11, 35:2,
35:8, 35:13
**company**
17:16, 20:5,
52:18, 53:3,
53:7, 70:22,
113:14, 113:15,
113:16, 113:20,
113:22, 114:6,
114:19, 114:22,
115:3, 115:8,
125:14, 129:10,
143:22, 144:2,
167:18, 198:19,
198:22
**compensation**
19:16, 19:18,
19:19, 21:6,
22:16
**competitors**
135:19
**complain**
102:20
**complaint**
11:11, 109:3,
229:7
**complaints**
79:12, 129:3
**complete**
85:11, 182:8
**completed**
83:9, 126:18,
215:9
**completely**
225:3
**compliance**
68:9
**compliant**
241:1
**complicated**
119:16
**comply**
101:7, 257:22

**complying**
221:6
**computer**
8:19, 8:22,
101:12, 101:13,
101:18, 104:11,
104:16, 124:6,
124:21, 125:1,
133:6, 133:13,
133:18, 137:12,
234:22
**computers**
133:10
**concealed**
240:3, 240:4
**concern**
175:19, 188:17,
199:1
**concerns**
78:1, 78:11
**conclude**
253:2, 253:4,
253:7
**conclusions**
254:2
**condition**
10:9
**conduct**
68:4, 68:12,
175:22, 176:15,
220:11, 223:22
**conducted**
1:13, 2:1
**confer**
215:11
**conference**
140:18
**confidential**
96:20
**confirm**
147:13
**confront**
153:14, 153:18,
179:15
**confrontational**
195:10, 195:12,
195:15, 195:18
**confused**
173:11

Transcript of Daniel White-Hunt
Conducted on February 10, 2021

283

38:11, 39:7,
40:14, 41:9,
41:17, 46:3,
47:6, 47:10,
52:22, 53:22,
56:2, 57:15,
65:11, 73:12,
76:10, 77:11,
98:7, 99:5,
103:9, 103:15,
103:21, 103:22,
104:2, 104:5,
107:3, 112:21,
112:22, 113:3,
115:15, 116:4,
122:22, 130:19,
134:9, 135:20,
136:10, 137:4,
141:15, 141:20,
143:21, 144:7,
144:8, 144:13,
145:10, 148:8,
149:5, 149:14,
153:6, 154:13,
156:3, 157:10,
157:15, 158:9,
167:17, 167:19,
170:12, 172:15,
173:1, 173:2,
174:7, 180:9,
180:16, 181:8,
183:18, 188:2,
188:3, 188:7,
188:8, 190:18,
195:4, 196:1,
202:20, 206:7,
214:17, 216:18,
220:12, 231:20,
232:13, 237:7,
237:9
**meaning**
37:19, 143:13
**meaningful**
45:19, 45:20,
46:3, 46:11
**means**
35:20, 37:17,
38:2, 38:12,

107:14, 144:9,
173:9
**meant**
97:11, 104:3,
188:11
**meantime**
258:6
**measure**
38:19, 38:22,
39:5, 157:4
**measured**
34:12, 37:4
**mechanism**
129:2
**media**
207:15, 207:22
**medical**
225:11
**medium**
146:16, 162:19
**meet**
164:21
**meeting**
36:16, 53:13,
138:20, 240:14
**meetings**
19:15, 47:2,
48:19, 49:13,
49:21, 50:16,
57:19, 138:8,
220:22, 233:11
**meets**
58:16
**member**
63:3, 106:14,
106:17, 107:17,
219:20, 253:5
**members**
108:5, 114:7,
201:9
**memo**
123:1, 123:3
**memorized**
178:19
**memory**
107:8, 108:3,
246:9
**memos**
122:18, 122:20,

122:22
**mendelson**
3:14
**mental**
10:9
**mentioned**
47:22, 233:9
**mentors**
208:20
**merchandise**
180:18
**mess**
90:7, 90:9,
90:15, 90:16,
90:20, 91:4
**message**
112:18, 112:21,
112:22, 113:1,
113:3, 113:5,
113:6, 113:8,
113:9, 113:10,
113:11
**messages**
162:13, 235:1,
235:3
**metrics**
34:14
**metro**
149:22, 150:3,
150:8, 150:9,
150:13
**metropolitan**
149:5, 149:11,
149:19, 200:21
**microcosm**
171:12
**microsoft**
140:9, 140:13,
140:16, 140:19,
140:21, 141:3,
235:1
**mid**
212:4, 252:22
**middle**
37:17, 205:9
**midnight**
33:14
**might**
14:11, 29:19,

53:9, 66:10,
66:11, 111:3,
114:14, 147:18,
177:3, 195:14,
209:1, 233:4,
233:18, 234:13,
234:17, 239:7,
239:12, 240:3,
241:22
**million**
81:5, 81:8
**mind**
192:22, 193:1
**minute**
255:6
**minutes**
66:1, 74:15,
74:17, 75:18,
95:18, 97:15,
97:16, 162:5,
212:18, 258:14
**misappropriate**
88:20
**mission**
52:15
**misstate**
85:5
**misstates**
85:9
**misstating**
83:6, 84:14,
186:19
**mistreated**
7:2
**misuse**
90:6
**mix**
51:9
**mkrumyan**
12:1
**mobile**
131:9
**model**
151:2, 151:3,
152:6, 179:8
**module**
31:10, 31:11,
32:4, 32:6

**modules**
31:5, 31:18,
32:9, 54:18,
135:9, 142:16,
142:20
**mom**
185:1
**moment**
227:19
**moments**
246:18
**money**
120:1
**monthly**
34:15, 208:14,
208:16
**months**
100:10, 100:16,
110:1, 139:9,
221:17
**more**
18:9, 34:9,
36:6, 53:9,
58:12, 68:14,
80:7, 80:14,
80:17, 80:21,
81:8, 81:11,
81:18, 81:20,
81:22, 82:22,
83:1, 86:19,
86:21, 95:13,
111:4, 118:15,
118:17, 118:22,
119:3, 119:8,
131:20, 148:13,
161:21, 162:1,
170:10, 170:13,
171:1, 178:18,
182:3, 183:18,
185:3, 200:8,
223:17
**morning**
5:6, 5:8
**most**
117:7, 120:12,
120:15, 156:3
**move**
43:22, 50:21,

55:11, 60:15,
60:20, 81:16,
85:12, 168:15,
184:13, 184:19,
256:15
**moved**
100:4
**moving**
168:18
**much**
23:5, 29:22,
46:12, 69:5,
91:2, 116:10,
144:19, 162:1,
168:3, 178:22,
190:9, 196:15,
251:14, 258:11
**multiple**
102:1
**music**
150:17
**must**
58:16, 218:2
**mutual**
70:7
**mutually**
256:20, 258:5
**mylearning**
121:1, 127:2
**myself**
24:12, 78:9,
103:3, 104:22,
112:14, 121:8,
129:1, 155:16,
189:8

---
**N**
---

**name**
5:9, 5:12,
6:22, 11:22,
50:13, 64:20,
64:21, 69:1,
112:4, 139:7,
228:16, 228:19,
250:4
**names**
26:3, 64:19,
68:21, 189:19,

202:1
**national**
159:8
**nature**
183:19, 183:21,
187:13, 187:17
**necessarily**
136:11, 136:12,
249:15
**need**
11:3, 11:4,
13:9, 29:20,
29:22, 36:17,
44:9, 60:21,
60:22, 67:16,
84:13, 110:18,
110:20, 110:21,
142:8, 142:9,
148:19, 153:10,
180:15, 207:20,
222:3, 258:9
**needed**
58:8, 115:14,
147:18, 220:20,
225:11, 237:15
**needing**
225:6
**needles**
75:11, 75:21
**needs**
8:5, 134:16,
178:13, 237:5
**neighbors**
135:19
**neither**
211:21, 212:11,
212:12, 259:9
**never**
82:9, 106:13,
106:17, 109:15,
150:11, 156:18,
158:2, 158:6,
184:19, 211:3,
217:19, 221:9,
234:8, 248:5
**new**
56:19, 95:15,
100:9, 121:5,

121:16, 125:16,
135:8
**news**
125:17, 125:18,
132:20, 159:8,
159:21, 159:22,
160:4
**next**
18:10, 18:11,
35:12, 47:4,
67:21, 85:1,
86:11, 139:9,
150:18, 151:13,
168:16, 235:19,
237:11, 238:1,
241:10, 243:19,
252:10, 254:20,
255:7
**night**
66:5, 68:20
**nobody**
15:5, 225:15,
225:17
**nods**
8:4
**noise**
152:12
**non-holiday**
33:10
**non-work**
103:22
**none**
63:21, 63:22,
64:1, 158:13
**nonmanagerial**
24:1
**nonsense**
84:9
**nonspecific**
111:9
**nonverbal**
237:21
**nonviolence**
226:12
**nope**
184:17
**normal**
7:17, 33:10



# Transcript of Daniel White-Hunt, Volume 2

**Date:** April 1, 2021
**Case:** Jackson -v- Starbucks Corporation, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1    incident that occurred in Philadelphia?

2        A   Yes.

3        Q   What had you heard about that incident?

4        A   I mean, it was all over the news.

5    Everybody heard about it, particularly folks at

6    Starbucks.

7        Q   Was it something you were concerned about?

8            MS. DONKOR:  I'm going to object to form.

9            THE WITNESS:  It was- --

10           MS. DONKOR:  I'm going to object to form

11   to the last question.

12           Dan, if you understand the question, feel

13   free to answer.

14           THE WITNESS:  Okay.

15           It wasn't something I was concerned about

16   in terms of my business and operations.  I think

17   as a human being you're concerned and upset that

18   something like this happened.

19       Q   Were you concerned at all that something

20   like that might happen in your store?

21       A   No.

22       Q   You knew that there would never be an

Transcript of Daniel White-Hunt, Volume 2
Conducted on April 1, 2021                    318

1    example of discrimination happening in one of your

2    stores, right?

3         A   No.

4         Q   And why did you believe that?

5         A   Because myself and my partners do the

6    right things, treat each other with respect and

7    dignity, do the right work.

8         Q   Had you trained your employees about how

9    to avoid treating people with discrimination or

10   bias?

11        A   No, not at that point.  But, I mean --

12        Q   At that point you had not trained them,

13   but you just knew that it would never happen?

14        A   Correct.

15        Q   Had you ever discussed with your employees

16   sort of common stereotypes of people of different

17   races and how to avoid acting out on those

18   stereotypes?

19        A   No.  It was more in the lines of treating

20   everybody with respect and dignity and, you

21   know -- it's just -- I mean, positive intent.

22        Q   And you believed that that was sufficient

Transcript of Daniel White-Hunt, Volume 2
Conducted on April 1, 2021                    319

1    to ensure that no incident of racial

2    discrimination would ever happen in one of your

3    stores?

4        A  Uh-huh.

5        Q  "Yes"?

6        A  Yes.

7        Q  At the time in April 2018 were there

8    protests going on relating to Starbucks and the

9    perceived racial discrimination at the Starbucks

10   stores?

11       A  Not in my area, no.

12       Q  Were you aware of there being protests in

13   other areas against Starbucks?

14       A  I believe there was protests happening

15   around Philly.

16       Q  What was your understanding of the

17   grievance being expressed by those protestors?

18           MS. DONKOR:  Objection; calls for

19   speculation.

20           THE WITNESS:  Just what unfolded in the

21   news.

22       Q  What do you mean by that?

**TO:** GAL-180424-009455-598880-551917
**Subject** Ref: 180424-009455 Starbucks Customer Care FYI

**Customer** Partner Anonymous
**Email** partneranonymous@starbucks.com
**Phones**
**Reference #** 180424-009455
**Product** IRF
**Category** Question
**Issue Channel** Phone
**Synopsis** Store Manager called to report a customer incident.
**Brand** Starbucks
**Severity** Low
**Store Name** Gelman Library, GWU
**Store Number** 8759
**Store Area Number** A083
**Store DM** Ryan Hudnall
**Store Phone Number** 2022960302
**Event Date** 04/24/2018

**Recipients**
Janell Graciano (jgracian@starbucks.com)

**Notes**

Starbucks / Janell Graciano (05/06/2019 13:27 PDT) / Template 'FYI (No action required) - General'.
The following is the text pulled from the HTML message:

Hello,

I am sending this incident as an FYI. There is no need for customer follow up. Please review case notes by clicking the link below. DO NOT REPLY TO THIS EMAIL.

Case details: CLICK THIS LINK
RefNo: 180424-009455
CIMS case ID:



Exhibit #

**White-Hunt 6**

RM-3/31/21

STARBUCKS0000216

Severity: Low

Sincerely,

Janell G.
Customer Relations Representative

This message was sent to these recipients:
Janell Graciano (jgracian@starbucks.com)

Additional Detail:

Synopsis: Store Manager called to report a customer incident.

Product Information
Incident Product Group: IRF
Incident Category Group: Question
Brand: Starbucks
Product Name:
Product Category:
Lot Code:
Best by Date:

Store Location Information
Store Name: Gelman Library, GWU
Address: 2130 H Street, NW
City: Washington
State/Province: DC
Country: United States (US)
Phone Number: 2022960302
Store Number: 8759
Area Number: A083
Ownership Type: Company Owned

**Threads**

**Entered by:** Tiffany Patterson at 04-24-2018 12:34:56
**Entry Text:**

STARBUCKS0000217

Closing case issue has been addressed and/or resolved by inbound agent, appropriate parties have been notified

**Entered by:** Steven Graham at 04-24-2018 12:11:43

**Entry Text:**

Partner first name: Dan
Partner last name: Hunt
Partner position: Store Manager
Partner ID: 1739857
Describe the location: Cafe
Witness Name: Richard Washington - Barista
Witness is a partner.
Witness assisted the customer.
In store video camera.
Statements were taken.
Police were not called.
DM was contacted.
P and AP was contacted.
Caller did not allege partner committed the crime.
Nobody was injured as a result of the crime.
Property was not damaged as a result of the crime.

Date and Time of incident:
Date: 4/24/2018
Time: 12:15pm

Partner report: SM Dan called to report that roughly around 12:15pm, a customer came into the store and stood in front of the line. The customer was told by the barista at the register that he needed to be in line in order to be assisted. The customer started to get irritated and demanded to speak with a manager. SM Dan came out to assist and the customer shouted at the SM using profanity words. SM attempted to calm the customer down and went into the backroom to collect a business card. 45 seconds later, the SM over heard the customer yell at the front end barista, Chelsie, that he was going to mess her up and yelled at her with profanity language. At that time, another barista, Richard, approached the customer and advised the customer to leave the premises. Customer got more aggravated and proceeded to attack Richard. In defense, Richard held the customer back until the campus police arrived and took the customer off the premises. No information was gathered from the customer.

STARBUCKS0000218

Thanked the partner for the information provided and informed them that I will be sending the information to the appropriate departments. Gave the partner the reference number to their case.

**Attachments**

Choose File | No file chosen

**Please enter YOUR name when submitting a response.**

**First Name**

Janell

**Last Name**

Graciano

**Please add your response below and click Submit Response. If you have a very large response, please use the attachments area above to attach the response as a document.**

Submit Response

Print This Page

# Products

Starbucks Rewards

Company Info

Inspired Moments

Starbucks Card

Mobile

Careers at Starbucks

Starbucks.com Web Site

In Our Stores

Menu

Coffee at Home

Teavana

Recall Information

La Boulange

Starbucks for Life

STARBUCKS0000219

Message

**From**: Dan White-Hunt (08759) [US1739857@starbucks.com]
**Sent**: 4/24/2018 3:19:49 PM
**To**: Ryan Hudnall [rhudnall@starbucks.com]
**Subject**: Re: Incident Report

CASE NUMBER 180424009455

*Dan White-Hunt*
*Store Manager D785*
*Gelman Library*
*2130 H Street NW*
*Washington DC*

*202-296-0302*

*Everyone has grit,It is the ability to find it that moves mediocrity to greatness.*
*-Rorke Denver*

---

**From:** Dan White-Hunt (08759)
**Sent:** Tuesday, April 24, 2018 3:00:02 PM
**To:** Ryan Hudnall
**Subject:** Incident Report

On 4/24 a customer entered the store,cut the line and grabbed impulse items from in front of the POS. Chelsea the barista on POS was confused by this this and said that he needed to re-join the line to complete the transaction. This upset the guest and he started shouting and saying he wanted the MGR.
I came over to assist and he started shouting at me and using profanity,I asked him to calm down so I could better assist. He got more upset and insisted on my name and the barista's. I proceeded to go get a business card for him from the MWS area.
While I was gone for maybe 40 seconds he said to Chelsea that he was going to mess her up and threaten her life in profanity.
Richard (another barista over heard) and proceeded to come out from the back line and asked the guest to not speak like that towards others and that if he didn't stop he'd have to leave. From there by the front door Richard and the guest got into a argument ,mostly from the guest. I tried to remover Richard from the situation but by then it was too late.
The guest shoved Richard,and Richard in his self defense pushed back or grabbed him and let go to which he proceeded to fall backwards and knock down a moving fixture cube. To my knowledge there was no injuries. GWU police and EMT came over to assist.



**EXHIBIT**
**White-Hunt 9**
4/1/21

STARBUCKS0003045

*Dan White-Hunt*
*Store Manager D785*
*Gelman Library*
*2130 H Street NW*
*Washington DC*


*202-296-0302*


*Everyone has grit,It is the ability to find it that moves mediocrity to greatness.*
*-Rorke Denver*

Confidential

STARBUCKS0003046