

EXHIBIT
**15**

Deposition of:

**Harold Stanley Jackson**

*February 18, 2021*

In the Matter of:

**Jackson, Harold S. v. Starbucks
Corporation et al**

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 195

1    looked a little young like he was in his 20s.

2          Q     And what was his race?

3          A     He was African-American, too.

4          Q     Okay.  Like you, right?

5          A     Yes.

6          Q     All right.  And what makes you -- what

7    makes you think that they were -- had a perception of

8    you because you're African-American?

9          A     The perception came that I maybe was trying

10   to take something because I took something in front --

11   I picked something off the counter and took it and got

12   in line and they took it and tried to make it look like

13   that I was actually attempting to take something when I

14   wasn't.

15         Q     And how do you connect that with you being

16   black?

17         A     Because many times I have went in Starbucks

18   I have seen people not of my race pick things up off

19   the counter and get in line and nothing was said.

20         Q     And how do you conclude that these

21   particular people, one black woman, one black man and I

Page 196

1    don't think you told me the race of the manager, how do

2    you conclude that those people were treating you a

3    certain way based on your race?

4         A     How did I know?  Because I guess they took

5    the way that I was dressed.  At the time I didn't have

6    proper clothes to put on, so I guess the image that I

7    portrayed to them was like I was homeless and maybe I

8    didn't have money or whatever.

9         Q     Did any of them --

10        A     So --

11        Q     I'm sorry.  Go ahead.  I didn't mean to cut

12   you off.

13        A     No.  I can stop there.

14        Q     Did you have something else to add to that?

15        A     No.

16        Q     Did any of them call you a name that --

17   like call you a racial --

18        A     No.

19        Q     Did any of them make a racial insult

20   towards you?

21        A     No, but the way she -- the way she came at

1    me wasn't good.

2           Q      Did any of them talk about --

3           A      Far as saying "hey" to me.  Hey with a loud

4    voice as though she made everybody stop and look at me.

5           Q      And had you ever experienced -- had you

6    ever interacted with that woman before?

7           A      No.

8           Q      And do you know how she -- are you able to

9    say one way or the other how she addresses other

10   people?

11          A      No.  I wouldn't be able to say that.

12          Q      And in the -- regarding your clothing, did

13   any of those people make a comment about your clothing?

14          A      No.

15          Q      And has anyone since April 24th told you

16   that the reason she spoke to you in the way that she

17   did was because of your clothing?

18          A      No.

19          Q      Did anyone tell you that the reason she

20   spoke to you was because -- the way that she did was

21   because you're also a black person?

Page 198

```
 1        A     No.

 2        Q     Now, when did you -- you described the

 3   woman as being a girl between 18 and how old?

 4        A     Twenty-three, I think I said.

 5        Q     Okay.  When you -- when did you realize

 6   that was how she looked?  When did you realize that she

 7   appeared to be in that age range?

 8        A     Huh?

 9        Q     My question is -- the incident occurred on

10   April 24, 2018, right?

11        A     Right.

12        Q     On April 25, 2018, did you know what she

13   looked like when you woke up that morning?  Were you

14   able -- if someone were to have asked you that day what

15   the woman that -- that you had exchanged words with at

16   Starbucks looked like, would you have been able to say

17   so?

18             MR. CLINTON:  Object to form.  Calls for

19   speculation.

20             THE WITNESS:  That day, yes.  Maybe that

21   day, yes.
```

Page 199

1    BY MS. DONKOR:

2         Q     What about the next day?

3               MR. CLINTON:  Object to form.  Calls for

4    speculation.

5               THE WITNESS:  Maybe yes.

6    BY MS. DONKOR:

7         Q     You testified earlier that Jillian -- that

8    there were some things that you couldn't remember and

9    watching the video helped to refresh your memory.

10        A     Yes.

11        Q     Was the appearance of the girl that you had

12   the verbal exchange with --

13        A     Yes.

14        Q     -- was that one of the things that you had

15   to be reminded of from the video?

16              MR. CLINTON:  Object to form.

17              THE WITNESS:  No.

18   BY MS. DONKOR:

19        Q     And going back to that day, when she spoke

20   to you, what were your initial thoughts when she spoke

21   to you?  What were your initial thoughts about her in

1    that moment?

2         A     My initial thoughts is -- my initial

3    thought was, "Why she talking to me like that?"

4         Q     And in that moment, did you think that she

5    was young?

6         A     Yes.  From the way that she was talking,

7    yes, I knew she was pretty young.

8         Q     Okay.  And did you ask her why she was

9    talking to you like that?

10        A     No, I didn't ask her.  I just went over top

11   of her and asked her can I see her manager, because I

12   no longer wanted to talk to her.

13        Q     And what did she say to you exactly?

14        A     I can't -- I can't -- I can't remember or

15   go through word for word what she really said to me.  I

16   just know I didn't like the way and the manner she

17   talked to me.

18        Q     Tell me what you can remember her saying.

19        A     Only thing I can remember and tell you that

20   she said and that was, "Hey, you," and that was it.

21   That's only thing I can remember her saying at that

1    time right now 100 percent.

2          Q     Why is it that you can't remember more?

3                MR. CLINTON:  Object to form.

4                THE WITNESS:  I don't know.  I don't know.

5    Because after that, I just know that I asked for the

6    manager because I was more that -- I was thinking that

7    she was wrong the way she was talking to me, so I asked

8    for the manager.

9    BY MS. DONKOR:

10         Q     And what were you wearing that day?

11         A     I'm not -- I'm not quite sure what I was

12   wearing that day.

13         Q     So what makes you think that you were not

14   dressed appropriately?

15         A     In the manner --

16               MR. CLINTON:  Object to form.

17               THE WITNESS:  In the manner that she was

18   talking to me.

19   BY MS. DONKOR:

20         Q     Even though as you sit here today you don't

21   have a clue as to what you were wearing that day?

Page 208

1              MR. CLINTON:  Object to form.

2              THE WITNESS:  Because when I -- it was like

3     when I -- when I -- I made that conclusion like when

4     I -- when the ambulance came and I was like -- I was

5     wondering, you know, what was going on with me and --

6     and when he came up on me, he pushed me.

7     BY MS. DONKOR:

8         Q    So how does that answer my question about

9     the reasons you are concluding that they were -- that

10    this gentleman treated you a certain way based on how

11    you were dressed?

12             MR. CLINTON:  Object to form.

13             THE WITNESS:  Yeah.  Because that's -- hold

14    on one second, please.  Somebody knocking at my door.

15             (There was a pause in the proceedings.)

16             THE WITNESS:  What's the question again,

17    Miss?

18             MS. DONKOR:  Dawn, can you tell us what the

19    question was?

20             (The reporter read back as requested.)

21             MR. CLINTON:  Object to form.

Page 209

1              THE WITNESS:  Oh, from my -- because of my

2     prior dealings with going in Starbucks and stuff.

3     BY MS. DONKOR:

4         Q     What were -- what are your prior dealings?

5     What experiences have you had?

6         A     My experiences in Starbucks, I seen plenty

7     people do that.  Plenty of Caucasian peoples do that

8     plenty of times.

9         Q     Do what?

10        A     And nothing was said to them.  And I see

11    when I did it, it was something said to me.  So that's

12    where I came up with my conclusion at.

13        Q     Were any of your --

14        A     Why they coming at me like that.

15        Q     Were any of your prior -- had you been in

16    this Starbucks before that day?

17        A     No, not that day, but before, yes.

18        Q     Okay.  Just for clarity, had you stepped

19    foot in this particular Starbucks before --

20        A     Before?

21        Q     -- April 24, 2018?

Page 210

```
 1          A     Yes.

 2          Q     Okay.  And had you, on any of those other

 3     occasions, taken an item from the -- had you taken an

 4     item from the cash register or up near the cash

 5     register and --

 6          A     Correct.

 7          Q     -- walked away from the cash register with

 8     it?

 9          A     Yes.

10          Q     And had that occurred at that particular

11     Starbucks?

12          A     Yes.

13          Q     All right.  Tell me every time that

14     happened.

15          A     Every time what happened?

16          Q     What you just said has occurred before.

17          A     I just know that I did it before.  I

18     wouldn't be able to sit here and tell you which date or

19     time that I did it.  I just know in my memory that I

20     have done it before plenty of times.

21          Q     And what was the -- what happened after you
```

1    did it?

2         A     Nothing ever happened because I always

3    stood in line and waited to pay for it.

4         Q     So what makes you -- so if no one said

5    anything to you on those prior occasions, what makes

6    you think that they were discriminating against you on

7    this occasion?

8              MR. CLINTON:  Object to form.

9              THE WITNESS:  Because that's what happened.

10   BY MS. DONKOR:

11        Q     Okay.  Now, I think -- all right.  If you

12   can just -- can you walk me through that day of

13   April 24, 2018?  Walk me through your day from the time

14   you woke up that morning.

15        A     Are you for real?  I don't know what I -- I

16   guess I woke up that morning.

17        Q     Just tell me what you can remember.  I'm

18   sorry, I don't want to interrupt, but just to clarify,

19   tell me what you can remember.  And if there's -- if

20   there are aspects that you cannot remember, please tell

21   me that, too.

Page 212

1       A      Okay.  I will tell you that I got up that

2    morning and it was a pretty good morning.  I woke up in

3    my own place, you know.  I was happy.  I had my girl

4    with me, you know.  It was -- the day seemed like, you

5    know, it was going to be a good day like any other day

6    that I had started getting in better moods.

7              And we went to the clinic that day and

8    after I went to the clinic, we was leaving, walking to

9    the subway station, because at the time we was taking

10   the train, I would say.  And before we got on the train

11   our thing was to stop in Starbucks because she would

12   always want whatever that thing is that she drink and I

13   would always want like the shortbread cookies.  So

14   that's what we did.

15             But I left her outside.  I went inside.  I

16   got the cookies.  I turned my back and was walking.

17   That's when I heard the young lady say, "Hey, you."

18   And by her saying, "Hey, you," I just automatic took it

19   as she gotta be talking to me.

20             So I turned back around and I asked her,

21   "Yes, what?"  And she was like, "You know you can't

1    take that from here, right?"  And I was maybe -- I

2    think I said, "I did this plenty of times.  It's not

3    like I'm going to take it.  I'm getting in line to pay

4    for it."  And she said -- I can't remember what else

5    she said, but after she said something else, her voice,

6    her tone which in she spoke to me, I took it as it was

7    offensive.  So at that time I knew that I had to speak

8    to someone over top of her.

9            So that's when I asked her, I said, "Excuse

10   me.  I'm not going to argue with you, Miss, but I would

11   like to see your manager."  And as she proceeded to get

12   the manager or whatever, I stood in line at the back of

13   the line waiting to pay for the things that I was

14   getting.

15           Within me doing that, I seen the manager

16   coming from out the back towards me.  I didn't know if

17   he was the manager.  I just seen a light skinned dude

18   coming from behind the counter that I may thought that

19   he was the manager.  And he came up to me and he asked

20   me what was going on and as he proceeded to ask me what

21   was going on, that's when I seen Mr. Washington from my

Page 214

1    peripheral vision coming from around the corner and

2    coming towards me.

3              So my attention like left the manager and

4    focused -- my eyes focused on him because he walking --

5    like I said, he's walking and he looking like he's

6    coming towards me.  So when he comes towards me, he

7    pushes me.  When he pushes me, I say, "Don't put your

8    hands on me."  At the time I'm telling him don't put

9    his hands on me, I'm thinking that at that moment that

10   the manager is going to step in between us so he won't

11   put his hands on me no more.  But that didn't go like

12   that.

13             He wind up pushing me again and I remember

14   going backwards and I remember my feet or something

15   getting caught up and I fell to the ground.  The next

16   thing you know, I heard my girl screaming, talking

17   about who did this to him and why did you put his

18   hand -- put your hands on my husband.

19             And at that moment when I woke up and I

20   seen my girlfriend going off, I -- it was like a

21   surreal moment because everybody was looking at me, but

Page 215

```
 1    nobody was like saying anything like, "Why did you do

 2    that to him" or -- you know, it was like I got a

 3    out-of-body experience and I was looking like, "why is

 4    these people looking at me like this when they just

 5    seen what this man just did to me."

 6               And then at that moment, I felt like, wow,

 7    if -- why you all treating me like I'm a criminal like.

 8    Wow, if this would have happened to one of y'all, y'all

 9    wouldn't just sit there and just sit there like you

10    didn't just see this, you know.  And then I heard my

11    girlfriend arguing with them.

12               After that, they got -- I guess they put me

13    on the cart.  And as I was going outside, she was still

14    arguing with somebody, so I tried -- that's why I said

15    I seen on the video where I tried to get up and then

16    after that, it went blank.  I woke up and my

17    counselor -- my housing counselor in the hospital.

18         Q    Okay.  So let me just go back for a second.

19    You've stated that the manager was a light-skinned man;

20    is that correct?

21         A    Yes.  When I say light skinned, I meant
```

Page 225

1    was I standing in line or something, but yeah.

2           Q      Okay.

3           A      But no -- no.  Yeah.  Nobody said anything

4    to me.

5           Q      Now, I know that you can't remember what

6    you were wearing that day, but do you know if you were

7    wearing anything unusual that day that you wouldn't

8    ordinarily wear?

9           A      Like I said, at the time I had just got

10   into my apartment and my clothes situation wasn't all

11   that great at the time.  So, yes, I probably had on

12   some jeans probably was too big for me and, you know,

13   the shirt probably was wrinkled or whatever that be.  I

14   wasn't dressed up to my best potential.

15          Q      Okay.  But were your clothes -- did they

16   have stains on them?

17          A      I couldn't remember if they had stains on

18   them or not.  But only thing, like I said, that it

19   wasn't my regular way of wanting to dress myself to

20   leave out of the house.

21          Q      Did they have large holes?

Page 226

1        A     Like I said, at the time I was just getting

2    on my feet and the clothes wasn't all that great I had.

3    That's how I describe that.

4        Q     Were they ripped?

5        A     Some may had a hole in them, if you just

6    need me to say that.

7        Q     I don't need you to say that.  I'm asking

8    you about what you were wearing that day.  So just so

9    we're clear, I'm not -- I'm not putting words in your

10   mouth.  I'm asking you questions.  And so, if you don't

11   remember, feel free to tell me you don't remember, but

12   I'm asking you questions about what you were wearing

13   that day.

14       A     Yes.  The clothes that I was wearing that

15   day wasn't all that great.

16       Q     Okay.  So my question to you was:  As you

17   sit here today, can you tell me for sure if your

18   clothes had rips in them?

19       A     Maybe not to the point of rip.  Maybe they

20   was too long or something.  Like I said, I just

21   remember maybe the pants was too big for me.  I don't

1    know.  It wasn't, you know, what I would wear like

2    right now that I'm a little bit more settled.

3         Q    And before -- and you said you had just

4    gotten your apartment at that time; is that correct?

5         A    Yes.  It wasn't -- yeah, it was around that

6    time I had just gotten my apartment, yes.

7         Q    So prior to that, you were living in a

8    shelter or on the street; is that correct?

9         A    Yes.

10        Q    So those other occasions where you were

11   coming inside of the Starbucks stores that you talked

12   about a moment ago, you were either homeless or living

13   in a shelter; is that correct?

14        A    Yes.

15        Q    But at this point, you have your own

16   apartment, right?

17        A    Yes.

18        Q    And you have your own shower; is that

19   correct?

20        A    Yes.

21        Q    And on all of those prior occasions, you

1    but to my recollection things went real fast.  Like, I

2    didn't have a time to really think, from my knowledge.

3    But everything I think happened like within a, let's

4    say, five-minute frame.

5          Q     Okay.  And while you were waiting, did you

6    wait for the manager to come and talk to you at the

7    back of the line?

8          A     Yes.  I still stood in line to pay for my

9    stuff, yes.

10         Q     And how much time were you standing in line

11   waiting for the manager?

12         A     Like I said, everything happened within a

13   five-minute frame.  I really don't know.  I know that

14   he came not far after I asked the lady to get the

15   manager.

16         Q     And what was your demeanor at the time as

17   you were waiting in the back of the line?

18         A     What was my demeanor --

19         Q     Yes.

20         A     -- at the time?  Oh, my demeanor at the

21   time is it was -- I was embarrassed --

Page 242

```
 1        Q     Okay.  How were you --

 2        A     -- more than anything.

 3        Q     I'm sorry?

 4        A     I was embarrassed more than anything

 5   because I just felt like I was less than --

 6        Q     And how were you --

 7        A     -- everybody.

 8        Q     How were you --

 9        A     Huh?

10        Q     I'm sorry.  I didn't mean to interrupt you.

11              You said that you -- I'm sorry.  Can you

12   continue what you were saying.  I didn't mean to

13   interrupt you answer.

14        A     You stopped at "you."  I don't know what I

15   was saying.

16        Q     Okay.  Well, how were you behaving as you

17   were waiting in the back of the line for the manager?

18        A     Oh, how was I behaving?

19        Q     (Nodding head.)

20        A     I was a little mad, but I was really

21   optimistic.  I was really promising that things could
```

1  have worked out, like it could have been tooken care

2  of, you know.  Like only thing I wanted him to do was

3  say something to her about the situation or whatever

4  and let me finish paying for my stuff and leave.

5      Q    Okay.  Were you calm as you were waiting in

6  the back of the line?

7      A    Yes.  I was calm to a point, but, like I

8  said, when I seen Mr. Washington coming at me, I got

9  scared.

10      Q    Okay.  So if we can just focus on the point

11  before Mr. Washington came to you, were you pacing back

12  and forth as you were standing in the back of the line?

13      A    I couldn't tell you that, ma'am.  I don't

14  know that.  I just know I was in line trying to pay for

15  my stuff.

16      Q    Were you yelling in the back -- while you

17  were standing in the back of the line?

18      A    I wouldn't say I was yelling.  I said

19  that -- I would say that I made sure that the young

20  lady can hear me ask for the manager.

21      Q    But at this point, were -- when you asked

1   for the manager, were you still up at counter talking

2   to her or were you in the back of the line?

3        A    No.  I was in between talking to her and

4   walking to the back of the line to get in line.

5        Q    Okay.  Were you flailing your hands as you

6   were walking to the back of the line --

7        A    Yeah.

8        Q    -- or standing?

9        A    I do that sometimes, yes.  I do that at

10  times, so yes, I probably did that.  I wouldn't deny

11  that I didn't.

12       Q    So at the time that Mr. Washington

13  approached you, what was your demeanor?

14       A    What was my demeanor?

15       Q    Yes.

16       A    I told you my demeanor.  I was scared.

17       Q    Okay.  Now, I'm not asking you how you were

18  feeling.  I'm asking you how you were behaving.  How

19  you --

20       A    How I was behaving -- I was behaving like I

21  was a customer trying to talk to the manager to get

1    some respect in the store.

2         Q    Okay.  So do you -- would you say that you

3    were behaving in a threatening manner?

4         A    No, no threatening manner.  I'm not --

5    that's not me.

6         Q    So what you're --

7         A    I'm a kind soul.

8         Q    I'm sorry?

9         A    I'm a kind soul.  I'm not threatening.  I

10   don't that.  Especially with women.  That's why I

11   really was hoping that the manager was a man, because I

12   don't do that.  I respect every woman on this earth as

13   much as I respect my own mother.

14        Q    Okay.  So just so I'm clear on the picture,

15   you were standing in line in a non-threatening way; is

16   that correct?

17        A    Yes.

18        Q    And it's your testimony that Richard

19   Washington comes out of nowhere and comes towards you;

20   is that correct?

21        A    Yes.

1          MR. CLINTON:   Object to form.

2     BY MS. DONKOR:

3          Q     And immediately pushes you, is that your

4     testimony?

5          A     Yes.

6          Q     Okay.  And did Mr. Washington say anything

7     to you before he pushed you?

8          A     When he pushed me the first time, he said,

9     "Get out."  He said -- the manager was trying to talk

10    me and he said, "No, watch out," and he pushed me.  And

11    then that's when I told him, "Hey, don't put your hands

12    on me no more."  And I was thinking at that point the

13    manager would step in between, but before I could stop

14    saying what I said, he had pushed me again.

15         Q     Okay.  And did you see Jillian enter the

16    store?

17         A     Did I see Jillian enter the store?

18         Q     Yes.

19         A     No.  I just -- Jillian was in the store

20    when I -- when I seen her.

21         Q     And at this point, you had already been

Page 247

1    pushed; is that correct?

2         A    Yes.

3         Q    Okay.  But you didn't see her walk into the

4    store; is that correct?

5         A    Literally walk into the store?  No, I never

6    seen her do that.

7         Q    Okay.  And so are you able to say whether

8    she was in the store at the time you were pushed or she

9    came afterwards?

10        A    She came afterwards.

11        Q    Okay.  Now, why did she wait outside?

12        A    She was on -- she had a phone conversation.

13        Q    Do you know who she was talking to?

14        A    Yes.

15        Q    Who was she talking to?

16        A    She was talking to a prosecutor.

17        Q    Okay.  And why was she talking to a

18    prosecutor?

19        A    Because a man had assaulted her on the

20    subway station.

21        Q    Did that happen that day?

1    Department about what had happened in the store?

2         A    No.

3         Q    You do not know if you had that ability?

4         A    No.  That was never explained to me, from

5    my recollection.

6         Q    Okay.

7              MS. DONKOR:  Can we take a ten-minute

8    break?

9              (There was a brief recess taken.)

10   BY MS. DONKOR:

11        Q    Mr. Jackson, you stated that you -- you

12   think that the young lady thought you were going to

13   take the item -- take the cookies?

14        A    Yes.

15        Q    In other words, steal the cookies from the

16   store?

17        A    Yes.

18        Q    Okay.  And what makes you believe that

19   that -- what makes you believe that she yelled out to

20   you because she thought you were going to steal versus

21   because you're black or because of the way you were

1    dressed?

2                  MR. CLINTON:  Objection.  Asked and

3    answered.  You can answer, Mr. Jackson.

4                  THE WITNESS:  It was the attitude which I

5    heard in her voice that led me to that.

6    BY MS. DONKOR:

7         Q     And how do you know that the attitude was

8    not based on her belief that you were actually going to

9    take the items without paying for them?

10        A     Yes, because that's what she was

11   insinuating when she said, "Hey, you, why did you take

12   that from up here?"  Like I was a child or something.

13   Her voice, her manner, her tone which you speak to

14   somebody in.

15                It was a store full of people.  A store

16   full of people.  I felt embarrassed.  I felt hurt.  I

17   felt all of that, you know.  Unless you in that

18   situation, you wouldn't know what somebody else feel.

19   Like, that is bad.  That have -- it just -- it was a

20   bad thing.  It was a bad thing.

21        Q     Yeah.  And --

1          A      The question is what again?

2                  MS. DONKOR:  Dawn, can you please re-read

3      it?

4                  THE REPORTER:  Actually, I'm sorry.  I was

5      incorrect.  The last question was:

6                  (The record was read as follows:

7                  "And I'm asking you, how do you know

8                  that her assumption was not" --)

9                  THE REPORTER:  Then there was the

10     objection.  But the question I had read before that

11     was:

12                 "And how do you know that the attitude

13                 was not based on her belief that you

14                 were actually going to take the items

15                 without paying for them."

16                 THE WITNESS:  How did I come to that

17     conclusion?  I came to the conclusion which in the

18     manner of her voice.  The way she said what she said

19     and the way she looked at me with her eyes.  Her -- her

20     demeanor said that -- gave me the impression that she

21     was looking down upon me.