**EXHIBIT 16**

# Procedure: Addressing Disruptive Behaviors
Quick Reference Guide

COMPANY OPERATED
UPDATED (5/18/18)

*We are committed to creating a culture of warmth and belonging where everyone is welcome.* **If there is immediate danger or threat to partner or customer safety, call 911.**

**Examples of when to call 911 include:**
- ☐ Medical emergency
- ☐ Gas leak or Fire
- ☐ Robbery
- ☐ Burglary
- ☐ Threat of violence
- ☐ Physical assault
- ☐ Destruction of store property
- ☐ Using or selling illegal drugs

If a customer is behaving in a **disruptive** manner that interferes with the Starbucks Experience for others, use the **ACT** model below to address these behaviors.

## ASSESS

Before taking any action, assess the **behavior**, not the **person**. Disruptive behaviors that do not maintain the third place environment include, but are not limited to:

**NOT USING SPACES AS INTENDED**
- Smoking
- Use of alcohol or drugs
- Improper use of restrooms
- Sleeping

**NOT BEING CONSIDERATE OF OTHERS**
- Disrupting or interfering with normal operations, or the experience of other customers
- Unreasonable noise, loud talking, playing audible devices
- Viewing inappropriate content
- Personal hygiene that disrupts the experience of others.

**NOT COMMUNICATING WITH RESPECT**
- Verbal abuse or using obscene, profane, or demeaning language or gestures
- Unwanted sexual advances

**NOT ACTING RESPONSIBLY**
- Shoplifting
- Solicitation
- Panhandling
- Indecent exposure

## CONSIDER

Consider how your decision will impact the **customer experience**.

- Is the customer or situation **safe** to approach?
- Would I take this action with **any** customer in the same circumstances?
- Do my actions align with Our Mission and Values?

**NOTE:** If you are unsure how to best handle the situation seek support from your store manager or district manager

## TAKE ACTION

When approaching the customer, **use the Interaction Guidelines:**

- Ask another partner to observe and verify the behavior
- If the behavior is disruptive, approach the customer
- Ask another partner to observe the interaction (look, listen and be aware)
- Smile, introduce yourself and ask the person's name
- Listen actively, use a calm tone and **respectfully request that they stop the disruptive behavior**

If the situation becomes **unsafe**, call 911

## AFTER TAKING ACTION

- Monitor the situation and assess whether additional action should be taken
- If you are unsure how to address an ongoing situation, communicate with your store manager or district manager

**Report all incidents immediately to the Field Support Center (1-888-796-5282); the FSC will contact necessary support partners**

© 2018 Starbucks Coffee Company. All rights reserved. For internal use only.

Confidential

STARBUCKS0002900