MED REC# 4509389

PID 133488122   PATIENT NAME JACKSON, HAROLD STANLEY

ADDRESS 3220 CONNECTICUT AVE NW APT 2   COUNTY 028

CITY WASHINGTON   STATE DC   ZIP 200082510   PHONE (202)749-3906   PT PRIM LANGUAGE ENGLISH

AGE 47Y   D.O.B.   SEX M   RACE 2   MS U   ETHNICITY N   MOTHER NON   INFANT REG

PT EMPLOYER UNEMPLOYED,   TELEPHONE   PREVIOUS NAME MOLDOVA, TRAUMA,   OCCUPATION UNEMPLOYED

EMPLOYER ADDRESS

CITY   STATE   ZIP   RETIREMENT DATE //   DISASTER TAG ID

## Contact Information

NEAREST RELATIVE NAME

RLTN Z   ADDRESS

CITY   STATE   ZIP   PHONE   EXT.

EMERGENCY CONTACT NAME TRAUMA

RLTN Z   ADDRESS

CITY   STATE   ZIP   PHONE   EXT.

## Guarantor Information

GUARANTOR'S NAME JACKSON, HAROLD STANLEY   RLTN S

ADDRESS 3220 CONNECTICUT AVE NW APT 2   PHONE (202)749-3906

CITY WASHINGTON   STATE DC   ZIP 200082510   OCCUPATION UNEMPLOYED   ID#

GUARANTOR EMPLOYER UNEMPLOYED   PHONE   EXT

ADDRESS

CITY   STATE   ZIP   PC V

## Insurance Information

INSURANCE NAME 1 AMERIGROUP MEDICAID   PLAN E87   PHONE (800)600-4441   POLICY# 70522356   GROUP#   AUTH#   AUTHORIZED BY

MAIL TO ADDRESS PO BOX 61010   CITY VIRGINIA BE   STATE VA   ZIP 234661697

SUBSCRIBER NAME JACKSON, HAROLD STANLEY   MAIL TO NAME AMERIGROUP - DC,   INS SEX M   D.O.B. 19700703   GNM

COB 1   PAYOR ID D67   JR PHONE (800)454-3730   EXT   INS VERIFIED   THIRD PARTY PLTN S

INSURANCE NAME 2   PLAN   PHONE   POLICY#   GROUP#   AUTH#   AUTHORIZED BY

MAIL TO ADDRESS   CITY   STATE   ZIP

SUBSCRIBER NAME   MAIL TO NAME   INS SEX   D.O.B.   GNM

COB   PAYOR ID   JR PHONE   EXT   INS VERIFIED   THIRD PARTY PLTN

INSURANCE NAME 3   PLAN   PHONE   POLICY#   GROUP#   AUTH#   AUTHORIZED BY

MAIL TO ADDRESS   CITY   STATE   ZIP

SUBSCRIBER NAME   MAIL TO NAME   INS SEX   D.O.B.   GNM

COB   PAYOR ID   JR PHONE   EXT   INS VERIFIED   THIRD PARTY PLTN

## Admitting Information

ADM DATE 04/24/2018   RM   LOC 1249   DEPT EO   PT TYPE T   STAT T   ROOM/BED NO   H   REG DATE 04/24/2018 0606   VOLUNTARY ADM   ORGAN DNR   ROR   PT STS ET

ATTENDING PHYSICIAN HAYWOOD YOLANDA CHARLENE   093559   ATTENDING   REF SRC   ADM BY PARESJ   PREV ADM DATE   PREV OLD FACILITY

ADM DIAGNOSIS TRAUMA WHITE   HOSP SVC EMR   DIAGNOSTIC CODE   L/PULM/DAY L   LEU 35 DAYS N   EMR   R/WEED   Ethnik#

ADMITTED BY/ADMIT PHYSICIAN HAYWOOD YOLANDA CHARLENE   093559   ADMIT INDX   DISCHARGE DATE //   TIME   DISCHARGE DISP   PREV OLD DISCHARGE DATE

PROCEDURE   CLINICAL COMMENT   MODE OF ARRIVAL/ACCOMPANIED BY ALS ALS/AMBULANCE

REL SUBSC MEDICAID NO PCP/FAM MD   REFERR SRC 093559   FAM MD DOCTOR NO PCP/FAM MD   FAMILY DOCTOR# 999987   DIV

REL CONT INFY Y   ADV DIR   LIVING WILL   LOCATION OF WILL / DIRECTIVE

---

**George Washington University Hospital**
900 23rd Street NW
Washington, DC 20037

**MEDICAL RECORD**

Patient Identification



133488122-4509389

**JACKSON, HAROLD STANLEY**
DOB:          47Y   SX: M   EMR
MRN: 4509389   ADM/REG DT: 04/24/2018
George Washington University Hospital

EL0012

UHS-9002
Rev. 01/13

Consult - Neurology                                                JACKSON, HAROLD STANLEY - GWU4509389
* Final Report *

| | |
|---|---|
| Result Type: | Consult - Neurology |
| Result Date: | April 24, 2018 18:00 EDT |
| Result Status: | Auth (Verified) |
| Result Title/Subject: | Initial Evaluation Note |
| Performed By/Author: | Al gaeed, Mohanad MD on April 25, 2018 09:27 EDT |
| Verified By: | Chen, Hai MD on April 25, 2018 14:06 EDT |
| Encounter info: | GWU0000133488122, GW Hospital, Emergency, 04/24/18 - 04/24/18 |

# * Final Report *

## Chief Complaint/Reason for Consultation
seizure

## History of Present Illness
Poor historian

47 yo AAM with PMHx of Colon Ca s/p chemo few years ago, remote hx of seizure while on chemo therapy!!, presented as a trauma white. BIBA after reported assault with unclear objects, reported to have had a seizure per EMS prior to arrival. Patient was at his baseline when I took hx from him. Patient reported that he was assaulted by the security at starbucks and does not remember what happened afterwards. Had remote hx of seizure 2 yrs ago and was on Gabapentin for seizure. No FHx of seizure, no hx of CNS infection, no hx odd behavior or abnormal shaking. Initial CT brain did not show any acute pathology, CT c &T spine did not show any fx.

Per ED interaction with his girlfriend and case manager, patient's housing case manager here, states he spoke with girlfriend who should be coming on, apparently girlfriend reported that over the past 5 days he has been vomiting blood, apparently enough that all towels and sheets in the house have been used to soak it up. Reportedly told girlfriend this a.m. that he had plans to jump off a bridge for suicide. Girlfriend stating that she was outside of his Starbucks when patient was assaulted and there, reportedly he was pushed back hit head against the cabinet and then hit head on the ground, reportedly seized.

Of note, no useful information was found on CRISP.

## Review of Systems
all systems were reviewed and are negative except HPI.

## Objective

### Measurements (most recent)

| | | | |
|---|---|---|---|
| **Height** | 170.18 cm | Ifurung, Katherine | 04/24 13:53 |
| **Weight** | 70 kg | Ifurung, Katherine | 04/24 13:53 |

## Histories
## Allergies
**Allergies**   (Active and Proposed Allergies Only)
No Known Allergies   (Severity: Unknown severity, Onset: Unknown)

## Past Medical History
No problems documented.

## Past Surgical History
No surgery history documented.

## Social History
No social history documented.

## Family History
No Family History documented.

## Medications
## Home Medications
No medications documented.

## Results
## Recent Labs
### Antibody Screen

| | | |
|---|---|---|
| ABSC Gel-2 I | Negative ABSC | 04/24/2018 12:57 |

### Blood Group and Type

| | | |
|---|---|---|
| ABO+Rh I | B POS | 04/24/2018 12:57 |

### General Chemistry

| | | |
|---|---|---|
| **Glucose Level** | 128 mg/dL (High) | 04/24/2018 12:57 |
| Sodium | 143 mmol/L | 04/24/2018 12:57 |

JACKSON 000006

Consult - Neurology
\* Final Report \*

JACKSON, HAROLD STANLEY - GWU4509389

| Body Mass Index | 24.17 kg/m2 | Ifurung, Katherine | 04/24 13:53 |

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 36.5 | 04/24/2018 13:50 | 36.5 | 04/24/2018 13:50 | 36.5 | 04/24/2018 13:50 |
| Peripheral Pulse Rate | 87 | 04/24/2018 16:00 | 87 | 04/24/2018 16:00 | 90 | 04/24/2018 13:50 |
| Resp Rate | 16 | 04/24/2018 16:00 | 15 | 04/24/2018 13:50 | 16 | 04/24/2018 16:00 |
| SBP | 119 | 04/24/2018 16:00 | 119 | 04/24/2018 16:00 | 123 | 04/24/2018 13:50 |
| DBP | 82 | 04/24/2018 16:00 | 78 | 04/24/2018 13:50 | 82 | 04/24/2018 16:00 |
| SpO2 | 95 | 04/24/2018 16:00 | 95 | 04/24/2018 16:00 | 98 | 04/24/2018 13:50 |
| O2 Therapy | Room air | | Room air | | Room air | |

### Glasgow Coma Scale
Eye Opening Response Glasgow: To voice (04/24/18 14:18:48)
Best Verbal Response Glasgow: Oriented and converses (04/24/18 14:18:48)
Best Motor Response Glasgow: Obeys commands (04/24/18 14:18:48)
Glasgow Coma Score: 14 (04/24/18 14:18:48)

### Physical Exam
**General:** pleasant, NAD
**Cardiac:** RRR
**Neuro:**
Mental Status: Alert, Oriented x3. Speech is fluent and non-dysarthric.
Cranial Nerves:,VFF, EOMI, , face symmetric, hearing intact to voice,
SCM/trapezius full, tongue protrudes midline with symmetric palate rise.
Motor: 5/5 strength throughout. Normal bulk and tone. No adventitial movements.
Sensory: intact to light touch
Coordination: finger to nose, heel to shin, RAM intact.
Gait: normal base, turn and stride.

### Assessment/Plan

47 yo AAM with PMHx of Colon Ca s/p chemo few years ago, remote hx of seizure while on chemo therapy!!, presented as a trauma white. BIBA after reported assault with unclear objects, reported to have had a seizure. It is not clear if this is post traumatic seizure vs recurrent unprovoked seizure. Depakote and Keppra are not good options for him given the Psych hx,  the possible liver derangement and hx of bloody vomits.

### Recs:

| Potassium | 3.4 mmol/L (Low) | 04/24/2018 12:57 |
|---|---|---|
| Chloride | 103 mmol/L | 04/24/2018 12:57 |
| CO2 | 27.0 mmol/L | 04/24/2018 12:57 |
| Anion Gap | 13 | 04/24/2018 12:57 |
| BUN | 10 mg/dL | 04/24/2018 12:57 |
| Creatinine | 0.9 mg/dL | 04/24/2018 12:57 |
| BUN/Creat Ratio | 11 | 04/24/2018 12:57 |
| Calcium | 9.0 mg/dL | 04/24/2018 12:57 |
| eGFR Non-African American | 62 mL/min/1.73m2 | 04/24/2018 12:57 |
| eGFR African American | 71 mL/min | 04/24/2018 12:57 |
| Ethanol | None Detected | 04/24/2018 12:57 |

### General Coagulation

| PT | 13.8 Seconds | 04/24/2018 12:57 |
|---|---|---|
| INR | 1.03 | 04/24/2018 12:57 |
| PTT | 32.0 Seconds | 04/24/2018 12:57 |

### General Hematology

| WBC | 6.93 x10e3/mcL | 04/24/2018 12:57 |
|---|---|---|
| RBC | 4.38 x10e6/mcL (Low) | 04/24/2018 12:57 |
| Hgb | 13.0 gm/dL (Low) | 04/24/2018 12:57 |
| Hct | 40.5 % (Low) | 04/24/2018 12:57 |
| MCV | 92.5 Femtoliter | 04/24/2018 12:57 |
| MCH | 29.7 pg | 04/24/2018 12:57 |
| MCHC | 32.1 gm/dL (Low) | 04/24/2018 12:57 |
| RDW-CV | 12.9 % | 04/24/2018 12:57 |
| RDW-SD | 43.1 Femtoliter | 04/24/2018 12:57 |
| Plt | 174 x10e3/mcL | |

JACKSON 000007