# Safety at Starbucks
## A Guide for Store Partners

EXHIBIT
**18**

STARBUCKS



STARBUCKS0002679

# Responding to Partner Injuries and Incidents

## What You Should Already Know

In an emergency, there may not be time to search for information or equipment. In order to be ready, every partner should be thoroughly familiar with the following:

- Location of the store's first-aid and sharps kits.
- Proper procedures for assisting people who have broken bones or who have suffered serious falls that may have resulted in neck or back injuries (see Responding to Incidents in the "Responding to Partner Injuries and Incidents" chapter of the *Safety and Security Manual*).
- Location of Safety Data Sheets (SDSs) in the event of an accident involving chemicals used in the store (see "Hazard Communications / WHMIS" in the *Safety and Security Manual* and on p. 32 of this guide).
- How to call for emergency medical assistance (911 or store-specific procedure).
- Location of the nearest medical treatment facility.
- Location of the store's emergency exits.
- Where to find the envelope containing the Store Evacuation Procedures.
- How to evacuate the building.
- Where to meet after the evacuation (the store's primary meeting spot and backup meeting spot).

## Responding to Incidents – First Steps

Listed below are immediate steps to follow when incidents occur. More detailed information is provided in the *Safety and Security Manual*.

## Partner Injury / Illness

1. If necessary, dial 911 for emergency assistance.
2. Avoid moving the injured partner unless he or she is in imminent danger. Try to make the partner as comfortable as possible, and arrange for first aid if needed.
3. Ask the injured partner and any other witnesses how the incident occurred.
4. To report the incident (available 24/7) within 24 hours, in the U.S. call Sedgwick at (866) 206-6769. In Canada: call Morneau Shepell at (888) 796-JAVA, and follow the voice prompts.

## Crimes Involving Violence or the Threat of Violence

1. Following any violent crime, lock the store as soon as the perpetrator leaves.
2. Call 911 to request assistance as required. Follow the operator's instructions.
3. Verify the safety of partners and customers and provide assistance if possible.

> **Note**
>
> For more detailed information on responding to criminal acts, see the "Preventing and Responding to Security Incidents" chapter of the *Safety and Security Manual*.

4. Take no action that would increase the risk of injury to you or to another partner. In the event of a robbery, **Do Not Resist.** Cooperate with reasonable demands made by the robber, such as by giving up cash or other items that the robber demands, and wait for the robber to leave before taking any further action.
5. If the incident involves a partner injury or death, report immediately after the incident.
   a. In the U.S., call Sedgwick at (866) 206-6769.
   b. In Canada, call (888) 796-JAVA.
6. Notify your district manager of the incident. If your district manager is unavailable, call the Global Security Operations Center at 888-796-JAVA (5282), ext. 85400, or email security@starbucks.com.
7. If necessary, secure store premises, funds and other assets as soon as it is practical to do so.
8. Fill out an Incident Report Form (IRF) and Written Statement Forms, and report the incident within 24 hours by calling (888) 796-JAVA (5282) and following the voice prompts. Forward the top white copy of the IRF and any Written Statement Forms to Risk Management, S-RM1. Retain the yellow copy of the IRF on file in the store.

## Crimes Against and Damage to Starbucks Coffee Company Property

1. **Do Not** allow anyone to risk personal injury to protect Starbucks Coffee Company property.
2. Call the police or 911 as appropriate.
3. Contact your immediate shift to advise them of the situation.
4. Be careful to preserve evidence. For property crimes (such as burglary, vandalism, arson, etc.) for which the police are called, do not disturb the scene until given permission to do so by a police officer.
5. If it can be done safely, take necessary steps to minimize damage and prevent further loss.

STARBUCKS0002722

6. For suspected crimes committed by partners, contact your district manager for instructions before taking further action.

7. If the incident involves serious injury or death to a partner, immediately contact in the U.S.: Segwick at (866) 206-6769; in Canada: (888) 796-JAVA (5282) and follow the voice prompts.

8. If the incident involves serious injury to a customer or non-partner, call (888) 796-JAVA (5282).

9. If there has been property damage, call the Facilities Contact Center (FCC) at (877) 728-9349.

10. Fill out an Incident Report Form (IRF) and Written Statement Forms (if appropriate), and report the incident within 24 hours by calling (888) 796-JAVA (5282) and follow the voice prompts. Forward the top white copy of the IRF, any Written Statement Forms and any repair-related invoices to Risk Management, S-RM1. Retain the yellow copy of the IRF on file in the store.

## Food-Related Incidents

If a partner claims to have contracted a foodborne illness caused by food or beverages served at the store, or if a partner reports finding a foreign object in a food or beverage product, stop serving the food or beverage in question immediately so that others do not become ill or injured.

Store management should immediately call in the US: Segwick at (866) 206-6769; in Canada: (888) 796-JAVA and follow the voice prompts. SM should also contact the Regional QA representative or Risk Management **immediately** for instructions on the next steps to take.

> **Note**
> For more detailed information on food safety issues, see the *Safety and Security Manual*.

## Responding to and Reporting a Possible Exposure Incident

Blood and bodily fluid contact with intact skin is not considered to be a risk for the spread of bloodborne pathogens. You should, however, thoroughly wash your hands and any other affected areas immediately after contact. If you have further concerns, contact your physician or the nearest health unit office.

The following exposure incidents are generally considered to be potentially harmful:

- **Skin is punctured by a contaminated sharp** (needle, glass, etc.).
- **A mucous membrane** (eyes, nose or mouth) is splashed with blood or other bodily fluids.
- **Non-intact skin** (an exposed cut) is splashed with blood or other bodily fluids.

STARBUCKS0002723

If any of the above exposures occur, follow the steps below right away.

**1. Get First Aid Immediately**

- If the mucous membranes of the eyes, nose or mouth are affected, flush with a lot of clean water at a sink. If the exposure is to the eyes, use a clean, single espresso shot paper cup filled with clean water to flush the eyes repeatedly.
- If there is a sharps injury (such as a needle stick), allow the wound to bleed freely, then wash the area thoroughly with non-abrasive soap and water.
- If an area of non-intact skin is affected, wash the area thoroughly with non-abrasive soap and water.

**2. Seek Medical Attention Immediately**

Seek medical attention immediately – **preferably within two hours** – at the nearest hospital emergency room or health care facility (if there is no emergency room in the vicinity). Immunizations or medications may be necessary to prevent infection or to favorably alter the course of the disease if you do become infected. Blood tests should also be performed at this time. You may need to seek additional, follow-up treatment in the next five days for medications or counseling.

**3. Report the Incident**

Report the incident as soon as possible to your store manager or shift on duty. Do not allow this reporting to significantly delay seeking medical attention.

**4. Submit a Claim**

For partner incidents, contact Sedgwick at (866) 806-6769 (in Canada, Morneau Shepell at (888) 796-JAVA) to report the incident. Risk Control will assist with investigation of the incident to improve procedures and prevent it from being repeated.

**5. Investigate Exposure Incidents and Correct Procedures**

After the exposed partner has received all immediately necessary first aid and medical attention, the store manager or shift on duty should complete a Hazardous Condition Report, describing the incident and any facts that illuminate its cause(s). These issues must be discussed with Risk Management as soon as possible so that they can work with the store to develop procedures to prevent repeat events.

## Proper Hand Washing

In addition to normal hand washing, there may be times, such as cleaning a bodily fluid spill, that it is important you wash your hands with hot water and soap right away.

- Wash your hands if you tear a rubber glove or if you think that a glove might be leaking. Remove the gloves and wash your hands immediately. If you have punctured your skin with a contaminated sharp, follow the "Responding to and Reporting a Possible Exposure Incident" procedures above.
- Wash your hands with hot water and soap after removing the gloves at the end of a task – even if the gloves appear to be intact. To avoid contaminating your

42

hands by removing your gloves, use the "Proper Glove Removal Procedure" outlined below.

- Wash your hands immediately in the event of accidental contact of unprotected but intact skin with blood or bodily fluids. If you have accidental contact with non-intact skin, follow the "Responding to and Reporting a Possible Exposure Incident" procedures above.

- To protect against common illnesses and workplace contaminants, wash your hands before eating, drinking, smoking, biting your nails, handling contact lenses or applying personal care products like lip balm or makeup.

**Proper Glove Removal Procedure**

When you are finished using gloves, remove them properly by following these steps:



1. With both hands gloved, grasp the outside of one glove at the top of the wrist.



2. Peel off one glove starting at the wrist and peeling to the fingertips while turning it inside out as you pull the glove off your hand and away from you.



3. Hold the glove you just removed in the other gloved hand.



4. With the ungloved hand, peel off the remaining glove by inserting your fingers on the *inside* of the glove at the top of your wrist.



5. Turn the glove inside out while pulling it away from you, leaving the first glove inside the second.



6. Dispose of the entire bundle promptly in a waterproof garbage bag.

7. Wash your hands thoroughly with soap and hot water as soon as possible after removing gloves and before touching non-contaminated objects or surfaces.

43

## First-Aid Kit

The first-aid kit is designed to meet or exceed all federal, state and provincial requirements. It must be kept as close as possible to the espresso bar or primary brewer to allow quick access if needed. Emergency kits are combined with first-aid items to provide basic supplies to support partners and customers during disasters.

All new stores will automatically receive a combined first-aid and emergency kit. Twice each year the vendor will contact all stores to inquire whether any items are needed to bring the kit's contents back up to par. If the store runs out of any items in the kit, they may be ordered by calling the approved vendor: **Cintas National Service – (866) 320-2916.**

The form shown on page 45 is a list of approved first-aid kit contents, together with minimum par levels.

- Check on-hand inventory against required kit quantity to ensure adequate supply.
- Contact Cintas at (866) 320-2916 to order products. When ordering, have the following information ready:
  - Store number
  - Partner name
  - Item description
  - Item reorder number and quantity
- Minimum order is $5.00.

## Sharps Kit

While exposure to bloodborne pathogens is not a common occurrence in stores, certain regular job duties do carry a risk of exposure. Special precautions are to be practiced by all store partners at all times to reduce the risk of exposure to infectious material while performing regular daily cleaning in public areas (i.e., restrooms and outdoor patio areas) and trash removal. For more information on these procedures, please see the section on Bloodborne Pathogens "Sharps" Exposure Prevention in the "Preventing Partner Injuries" chapter of the *Safety and Security Manual*.

To reduce the risk of exposure, all blood, bodily fluid or other potentially infectious material should be considered infectious, regardless of the perceived status of the source individual, and addressed with appropriate precautions. These precautions are to be practiced by all store partners when performing job duties that may bring them into contact with bodily fluids or items, such as used hypodermic needles that may carry a risk of infection.

If store partners are finding such items in the course of their duties, please inform the store manager. Proper sharps handling and disposal equipment is available through our suppliers:

a. **U.S.:** Cintas National Service at (866) 320-2916.

b. **Canada:** contact SteriCycle at (866) 783-7422, opt. 2, and follow the voice prompts.

44

STARBUCKS0002726

| Item# | Product Description | Price | Required Kit Qty |
|---|---|---|---|
| | EMERGENCY ITEMS | | |
| 261400 | Blanket (Mylar), 1 blanket | $0.73 | 5 blankets |
| 583602 | Radio, Emergency Radio with hand crank, USB, solar charge and flashlight, 1 radio | $43.35 | 1 radio |
| 8312446 | Flashlight – LED Waterproof, Requires 3, 1.5 AAA batteries. Batteries included, 1 flashlight | $9.17 | 1 flashlight |
| 579142B | Batteries 1.5 Volt AAA Alkaline, 4 per box | $2.00 | 9 batteries |
| 8311958 | Whistle (Metal) with Lanyard, 1 whistle | $0.64 | 1 whistle |
| 8309582 | Light Sticks, 1 stick | $0.65 | 3 sticks |



## Cintas First Aid & Emergency Program

The following is a list of approved first aid kit and emergency kit contents and minimum par levels.

- Check on-hand inventory against required kit quantity to ensure adequate supply.
- Contact Cintas (866) 320-2916 to order product.
- Minimum order is $5.00.

### Required First Aid and Emergency Product Listing

| Item# | Product Description | Price | Required Kit Qty |
|---|---|---|---|
| | FIRST AID ITEMS | | |
| 151629 | First Aid Guide - **English** | $.30 | 1 guide |
| 590043 | First Aid Guide - **French** | $2.10 | 1 guide |
| 171170 | CPR Shield, 1 shield | $1.50 | 1 shield |
| 182299 | Non-Latex Exam Gloves Individually Wrapped, 3 pair per box | $0.45 | 3 pair |
| 250100 | **U.S.** - Bodily Fluid Spill Clean Up Kit (BBP Kit) | $4.65 | 1 kit |
| 590038 | **Canada** - Bodily Fluid Spill Clean Up Kit (BBP Kit) | $14.58 | 1 kit |
| 180619 | Triangle Bandage - 40"x 40" x 56" - non-sterile bandage w/ 2 safety pins | $0.50 | 6 bandages |
| 73829 | 4.75" X 14" Gauze Compress - sterile, 1 compress per box with gauze ties (Required for Canada stores.) | $1.50 | 2 compresses |
| 180019 | 1" X 3" Bandages, latex free, 16 per box | $0.90 | 32 bandages |
| 160200 | **U.S. only** - Pain Relieving Gel, 1/8 oz (with Lidocaine) 6 packets per box | $2.60 | 18 packets |
| 163020 | 4" X 4" Burn Dressing - Water Jel brand Burn Jel, 1 pad | $2.35 | 3 pads |
| 181669 | Antiseptic Wipe, 10 wipes per box | $0.40 | 10 wipes |
| 73029 | Non-Stick Pads 2" X 3", 10 pads per box | $0.47 | 4 pads |
| 82630 | 3" X 5' Elastic Wrap, 1 wrap | $0.40 | 1 wrap |
| 180039 | Elastic Fingertip Bandage, 8 per box | $0.60 | 8 bandages |
| 180239 | 1/2" X 90" Adhesive Tape, 2 rolls per box | $0.47 | 2 rolls |
| 150940 | Kit  Scissor | $0.27 | 1 each |
| 150020 | Kit Tweezer | $0.27 | 1 each |
| 181429 | Sterile Eye Pad, 4 pads per box | $1.00 | 2 pads |
| 70010 | Cotton Tip Applicator, 100 per vial (Required for Canada stores.) | $1.68 | 6 applicators |
| 91019 | Ice Pack, Disposable (Required for Canada stores.) | $0.88 | 1 pack |
| 93000 | Hot Pack Disposable,  1 pack (Required for Canada stores.) | $0.26 | 1 pack |
| 180449 | 3" x 3" Gauze Pads, 4 per box (Required for Canada stores.) | $0.33 | 2 pads |
| 71019 | 4" x 4" Gauze Pads, 10 pads per box (Required for Canada stores.) | $0.76 | 20 pads |
| 180740 | 4" X 4" Gauze Compress with Ties- sterile, 1 compress per box (Required for Canada stores.) | $1.18 | 2 compresses |
| 250290 | **U.S.** 1 Quart Mail Back Sharps Kit (Supplied by Cintas in U.S. only. Canada stores refer to the Safety, Security and Health Resource Manual for ordering information.) | $28.49 | 1 kit |
| 250279 | Biohazard Bags, Red, 4 per box (Required for Canada stores.) | $0.58 | 1 bag |
| 13040 | Eyewash, 1 ounce bottle (Required for Canada stores.) | $1.89 | 1 bottle |
| | ADDITIONAL FIRST AID ITEMS | | |
| 160920 | Cool Jel, 1/8 oz. Water Jel brand (no Lidocaine) 6 packets per box | $1.50 | |
| 31069 | 1" X 3" Bandages, latex free, 75 per box | $2.98 | |
| 577234 | First Aid & Emergency Bag (to contain all kit items), 1 bag size  (19" x 9" x  9") | $11.60 | |

Please refer to back of this page for Emergency Items

©2011 Starbucks Corporation. All rights reserved.  For Internal Use Only.    Published July 2014

STARBUCKS0002727

## Reporting Incidents

Any partner injured on the job, or suspect of an injury or illness from the job, must notify their store manager directly and as soon as possible.

1. Call in all injuries to Sedgwick at (866) 206-6769 within 24 hours to set up a claim. In Canada only, call Morneau Shepell via (888) 796-JAVA and follow the voicemail prompts for specific instructions (available 24/7), within 24 hours of the incident, or immediately in the event of serious injury or death. Prompt reporting will assist the injured partner in obtaining Workers' Compensation benefits for medical expenses or for work time lost due to the injury.

> **Note**
>
> Incident Report Forms are no longer necessary to complete for workplace injuries, in the U.S. or Canada.

2. Injured partners should inform the medical provider or doctor that the injury/illness is work related.

**Written Statement Forms**

Written Statement Forms allow for collecting additional investigative information following an incident. The form includes space for eyewitness accounts by partners and/or customers for accidents, crimes, threats, etc.

A Written Statement Form may be filled out by any witness of an incident, including partners and customers.

Written Statement Forms are available under "Documents/Forms/Incident" on the Portal.

> **Note**
>
> For more detailed information on incident reporting, see the "Responding to Partner Injuries and Incidents" chapter of the *Safety and Security Manual*.

46

STARBUCKS0002728

## Investigating Partner Incidents

An incident is any unplanned event that may or may not result in an injury and/or property damage. In determining the cause of an incident, it is important to remember that incidents occur as a result of a series of events. To prevent an incident from occurring or reoccurring, the sequence of events leading to the incident must be identified and corrective action taken. The corrective action should be the practical elimination of one or more of those events.

**Responsible**

Store manager or shift or store-safety specialist.

**When**

Immediately (or as soon as possible).

**Where**

At the scene of the incident:

1. Inspect the area.
2. Interview injured party and witnesses as soon as possible.
3. Determine the cause(s) of the accident.
4. Evaluate findings and determine ways to correct the problem to prevent an injury and/or property damage from reoccurring.
5. Document corrective action.

**Note**

The purpose of incident investigation is to prevent future incidents, *not* to take corrective action against any partner.