UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD STANLEY JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, *et al*, <br><br> Defendants. | Case No. 1:19-cv-01487(RC) |

### DEFENDANTS' NOTICE OF FILING EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Starbucks Corporation ("Starbucks") and Dan White-Hunt ("Mr. White-Hunt") (collectively "Defendants"), through counsel, pursuant to Local Rule 5.4(e) of the United States District Court for the District of Columbia and the Court's March 25, 2022 Memorandum Opinion, hereby notify this Court that they will manually file versions of Defendants' Motion for Summary Judgment Exhibits 4 and 5. These exhibits are surveillance videos of the Point of Sale camera and the Entry camera of the Gelman Library Starbucks location which are unable to be filed using the Court's CM/ECF system. Pursuant to the Court's March 25, 2022 Memorandum Opinion, Exhibit 4 (Point of Sale) is redacted to protect customer financial information.

Dated: May 27, 2022.

Respectfully submitted,

*/s/ Alison N. Davis*
Alison N. Davis (Bar No. 429700)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4006
202.842.3400 Telephone
202.842.0011 Facsimile
andavis@littler.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of May 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which caused a copy of the same to be served upon:

>Timothy R. Clinton
>Clinton & Peed
>777 6th Street NW, 11th Floor
>Washington, D.C. 20001
>
>*Counsel for Plaintiff*

                                                   */s/ Alison N. Davis*
                                                   Alison N. Davis